```
MINUTE ENTRY
CHASEZ, M.J.
JANUARY 8, 2014
```

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN HOWARD | CIVIL ACTION |
| VERSUS | NUMBER: 13-4811 |
| | C/W: 13-6407 |
| OFFSHORE LIFTBOATS, LLC, ET AL. | SECTION: "C"(5) |

### HEARING ON MOTION

APPEARANCES:   Stephen Chouest, Kevin Haynes, Jeff Peuler, Bob Reich

MOTION:

(1)   Plaintiff's Motion to Compel (Rec. doc. 38).
(2)   K&K's Motion to Quash (Rec. doc. 40).


_____ :    Continued to

_____ :    No opposition

 1, 2  :    Opposition


MJSTAR(00:15)

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

\_\_1\_\_ :   Other.  Counsel for K&K represented to the Court that plaintiff's discovery requests have been fully responded to and that nothing has been withheld on the basis of objection.  If additional responsive information is discovered, K&K is to supplement its discovery responses accordingly.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE