MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 5, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN HOWARD | CIVIL ACTION |
| VERSUS | NUMBER: 13-4811<br>C/W: 13-6407 |
| OFFSHORE LIFTBOATS, LLC,<br>ET AL. | SECTION: "C"(5) |

HEARING ON MOTION

APPEARANCES:   J. Rand Smith, Kevin Haynes, Bob Reich, Jeff Peuler

MOTION:

(1)   Plaintiff's Motion to Quash or Modify (Rec. doc. 66).

_____ :   Continued to

_____ :   No opposition

___1__ :   Opposition

ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

MJSTAR(00:15)

__1__ :   Other.  The subpoenaes are to be modified to request information on plaintiff's physical health records for ten years prior to the incident in question and on plaintiff's mental health records for five years prior to the incident in question, reserving to defendant the right to seek earlier information as the case is developed through further discovery.

                                   _____
                                            ALMA L. CHASEZ
                                   UNITED STATES MAGISTRATE JUDGE