UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALVIN HOWARD,** | * | CIVIL ACTION NO. 13-CV-04811 |
| | * | Consolidated with: 13-CV-6407 |
| Complainant, | * | Consolidated with: 14-CV-1188 |
| | * | |
| VS. | * | |
| | * | SECTION "E" |
| **OFFSHORE LIFTBOATS, LLC,** | * | JUDGE: HON. SUSIE MORGAN |
| **K & K OFFSHORE, LLC, and** | * | |
| **PINNACLE ENG'R. INC.** | * | MAGISTRATE "5" |
| | * | MAGISTRATE: MICHAEL NORTH |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR COSTS AND SANCTIONS

Plaintiff Calvin Howard brings this Motion for Costs and Sanctions against Offshore Liftboats, LLC ("OLB"), stemming from the attempted deposition of OLB's former crane operator, Sylvester Richardson, on December 15, 2014. Pursuant to FED. R. CIV. P. 30(d), Plaintiff moves this Honorable Court for an Order granting Plaintiff reimbursement of travel costs and fees for the reasons more fully described in the attached Memorandum in Support.

Respectfully submitted,

THE CHOUEST LAW FIRM

 s/Stephen M. Chouest
Stephen M. Chouest Esq. LA Bar No. 4090
J. Rand Smith, Jr., Esq. LA Bar No. 27090
4732 Utica Street
Metairie, LA 70006
Tel. (504) 455-1200
Fax. (504) 455-1252

-AND-

00062614-1                                                                 1

        Ryan H. Zehl, Esq., TX Bar No. 24047166
        Eric J. Allen, Esq. TX Bar No. 24071064
        Zehl & Associates PC
        Galleria Tower I
        2700 Post Oak Blvd., Suite 1120
        Houston, Texas 77056
        (713) 491-6064 Telephone
        (713) 583-1492 Facsimile
        ATTORNEYS FOR COMPLAINANT CALVIN HOWARD

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2015 I have electronically filed the foregoing with the Clerk of the Court foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants including all counsel of record herein.

                                                ___s/Stephen M. Chouest_____