MINUTE ENTRY
NORTH, M.J.
APRIL 1, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN HOWARD | CIVIL ACTION |
| VERSUS | NUMBER: 13-4811<br>c/w 13-4811, 13-6407 |
| OFFSHORE LIFTBOATS, LLC, ET AL. | SECTION: "E"(5) |

**HEARING ON MOTION**

COURT RECORDER:  Arlene Movahed

APPEARANCES:     Larry Plunkett, Eric Allen

MOTION:

(1)     Offshore Liftboats' Motion for New Trial, to Alter or Amend Judgment and/or for Relief from Judgment (Rec. doc. 194).

\_\_\_\_\_ :     Continued to

\_\_\_\_\_ :     No opposition

\_\_1\_\_ :     Opposition

**ORDERED**

\_\_\_\_\_ :     Dismissed as moot.

\_\_\_\_\_ :     Dismissed for failure of counsel to appear.

\_\_\_\_\_ :     Granted.

\_\_\_\_\_ :     Denied.

MJSTAR(00:20)

__1__ : Other: Having elected not to appeal the February 11 Order of this Court that is subject of the present Motion, the Defendant is not entitled to the relief it seeks under Rules 59 or 60 of the Federal Rules. However, after reviewing *in camera* the documents sought to be withheld by Defendant, the Court finds that certain of those documents are facially attorney-client communications and, as such, their production to Plaintiff, notwithstanding Defendant's inadequate efforts to protect them, would unfairly prejudice Defendant. Accordingly, under Rule 54(b), the Court hereby revises its February 11 Order as follows. The documents identified on Defendant's privilege log (Rec. doc. 194-3) are to be produced to Plaintiff no later than April 8, 2015, with the exception of the documents bearing the following bates numbers, which **need not be produced**:

**000138-000153, 000253-000254, 000293, 000305-000308, 000344-000345, 000346-000347, 000350-000351, 000352, 000545-000546, 000547-000548, 000560-000562, 000569-000585, 000586-000613, 000614-000615, 000617-000618, 000619-000653, 000654, 000655-000658, 000659-000665, 000666-000672, 000676-000677, 000688-000696, 000707-000714, 000731-000735, 000779-000786, 000823-000826, 000827-000831, 001042-001046, 001323-001326, 001330-001332, 001344-001347, 001348-001349**

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE