MINUTE ENTRY
MORGAN, J.
November 13, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN HOWARD,** | **CIVIL ACTION** |
| Plaintiff | |
| | |
| **VERSUS** | **No. 13-4811 c/w** |
| | **13-6407, 14-1188** |
| | |
| **OFFSHORE LIFTBOATS, LLC, ET AL.,** | **SECTION "E"** |
| Defendants | |

*Applies to: Consolidated matters 13-6407 and 14-1188 ONLY*

## MINUTE ENTRY

A status conference was held on November 13, 2015 at 2:00 p.m. in the chambers of Judge Susie Morgan.

Present:   Bobby Delise and Eric Allen, counsel for Plaintiff, Calvin Howard;

John Sileo, Frank Silvestri and John Massicot, counsel for Consolidated Plaintiff, Raymond Howard;

Lawrence Plunkett, counsel for Defendant, Offshore Liftboats, LLC;

Anthony Staines and Jeff Peuler, counsel for Defendants, K & K Offshore, LLC, P&M Marine, LLC, Atlantic Specialty Insurance Company, Markel American Insurance Company, Procentury Insurance Company, Navigators Insurance Company, United States Fire Insurance Company, Lloyd's Underwriters and Torus Insurance Company UK Limited;

Wilson Maloz, counsel for Defendant, Certain Underwriters at Lloyds of London.

1

Counsel for the parties discussed the status of the case. For the reasons discussed orally during the status conference, accordingly;

**IT IS ORDERED** that the motion for summary judgment filed by Offshore Liftboats, LLC ("OLB"),[1] with respect to the claims for punitive damages asserted by Plaintiffs Raymond Howard and Calvin Howard against OLB, is hereby **GRANTED**. Under Fifth Circuit case law, Plaintiffs may only recover punitive damages against OLB if it is proven that OLB's failure to pay maintenance and cure was willful and wanton.[2]

**IT IS FURTHER ORDERED** that the motion for bifurcated jury trial filed by Plaintiffs Raymond Howard and Calvin Howard[3] is hereby **GRANTED**. The Court will decide K&K's limitation of liability claims to the extent that K&K is entitled to try these claims to the Court under controlling law, and a jury will decide Plaintiffs' Jones Act and General Maritime Law claims to the extent that Plaintiffs are entitled to try those claims to a jury under controlling law. An amended Scheduling Order, including pre-trial deadlines with respect to both trials, is included below.

**IT IS FURTHER ORDERED** that, if the portion of Plaintiff Raymond Howard's motion for partial summary judgment on OLB's obligation to cure[4] with respect to which the Court deferred ruling[5] is not resolved within 14 days, Plaintiff Raymond Howard shall file a supplemental memorandum in further support of its motion by **Monday, November 30, 2015,** at **5:00 p.m.**

---

[1] R. Doc. 325.
[2] *See*
*See Pellegrin v. Montco Oilfield Contractors, LLC*, No. Civ. A. 14-2161, 2015 WL 3651159, at *8 (E.D. La. June 11, 2015) ("Therefore, McBride does not preclude a seaman from recovering attorneys' fees and punitive damages for his employer's alleged willful and wanton failure to fulfill its maintenance and cure obligation.").
[3] R. Doc. 328.
[4] R. Doc. 231.
[5] R. Doc. 321 at 14.

**IT IS FURTHER ORDERED** that Defendants OLB and K&K Offshore shall, by **Monday, November 30, 2015,** at **5:00 p.m.**, provide Plaintiffs Raymond Howard and Calvin Howard copies of all surveillance tapes taken of Plaintiffs through that date. The Court reminds Defendants that any tapes not provided to Plaintiffs in a timely manner will be excluded from the trial(s) of this matter.

**IT IS FURTHER ORDERED** that the parties comply with the amended pre-trial deadlines as set forth below. All deadlines apply to both the jury trial and the bench trial, unless stated otherwise.

| | |
|---|---|
| Pretrial order | Filed by **January 5, 2016** at **5:00 p.m.** |
| | Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline. *See* Section IX.10.b of the pretrial notice |
| Pretrial conference | **January 8, 2016 at 2:00 p.m.** |
| | **Attended by lead attorney. (See Local Rule 11.2)** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **January 6, 2016** at **5:00 p.m.** |
| Responses to non-expert motions in limine and memoranda in support | Filed and served no later than **January 13, 2016** at **5:00 p.m.** |
| Joint statement of the case (Jury Trial) | Filed by **January 15, 2016** at **5:00 p.m**. *See* pretrial notice at p. 8 |
| Joint jury instructions (or if agreement cannot be reached, three sets of instructions, as set forth in the pretrial notice at p. 8) (Jury Trial) | Filed and emailed to the Court by **January 15, 2016** at **5:00 p.m.** *See* pretrial notice at p. 8 |

| | |
|---|---|
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>(Jury Trial) | Filed by **January 15, 2016** at **5:00 p.m**. *See* pretrial notice at p. 8 |
| Proposed special voir dire questions<br>(Jury Trial) | Filed by **January 15, 2016** at **5:00 p.m.** *See* pretrial notice at p. 8 |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **January 15, 2016** at **5:00 p.m**. *See* pretrial notice at p. 5 |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **January 15, 2016** at **5:00 p.m.** *See* pretrial notice at pp. 5-6 |
| Trial memoranda | Filed by **January 15, 2016** at **5:00 p.m**. *See* pretrial notice at p. 9 |
| Suggested Findings of Fact and Conclusions of Law<br>(Bench Trial) | Filed by **January 15, 2016 at 5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda | Filed by **January 15, 2016** at **5:00 p.m**. *See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions |
| Responses to objections to exhibits | Filed by **January 20, 2016** at **5:00 p.m**. *See* pretrial notice at p. 5 |
| Responses to objections to deposition testimony | Filed by **January 20, 2016** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **January 20, 2016** at **5:00 p.m.** *See* pretrial notice at p. 7. |

4

| | |
|---|---|
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments (Jury Trial) | Provided to opposing counsel by **January 20, 2016** at **5:00 p.m.** *See* pretrial notice at p. 7 |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments (Jury Trial) | Filed by **January 21, 2016** at **5:00 p.m.** *See* pretrial notice at p. 7 |
| Jury/Bench Trial (presentation of evidence to Judge and Jury, followed by any additional evidence to be introduced only in connection with Bench Trial) | **January 25, 2016 at 9:00 a.m.**<br><br>(estimated to last **15** days) |

**New Orleans, Louisiana, this 16th day of November, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:46)

5