

# Kyle B. Boone, Ph.D., ABPP/ABCN

## Clinical Neuropsychology

24564 Hawthorne Blvd., Suite 208
Torrance, California  90505
Phone: (310) 375-5740
Fax:  (310) 375-5790
e-mail:  kboone@kyleboonephd.com
web:  kyleboonephd.com

### AFFIDAVIT/DECLARATION

1.  The Declarant is a licensed psychologist in California, and board certified in clinical neuropsychology with the American Board of Professional Psychology.  She was a co-author of practice standards in clinical neuropsychology published in 2007, and was a co-author of a consensus conference statement on the neuropsychological assessment of effort, response bias, and malingering published in 2009.  She is a Clinical Professor in the Department of Psychiatry and Behavioral Sciences at the UCLA School of Medicine, a former member of the Board of Directors of the American Academy of Clinical Neuropsychology, and a recent member of the University of Minnesota Press Advisory Board  for the MMPI-2/MMPI-2-RF instruments.  She has authored or co-authored 120 peer-reviewed publications in neuropsychology, as well as five books and 25 book chapters. Her CV is attached.

2.  The Declarant has reviewed the list of source materials attached hereto as Exhibit "1", which I understand was utilized by Dr. Kevin Greve in formulating his report regarding Calvin Howard in the matter captioned *"Calvin Howard v. Offshore Liftboats, LLC, et al.,"* pending in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 13-4811 c/w 13-6407 c/w 14-1188.

**EXHIBIT**

3. The Declarant is familiar with the publications in which the papers referenced in Exhibit "1" were published and considers them to be among the leading sources of peer reviewed literature in the field of neuropsychology.

4. The Declarant believes that publishing peer reviewed literature in those publications is evidence of use of a generally accepted research methodology;

5. In order to be published in the referenced journals, research is subject to rigorous peer review.

6. The Declarant has personally published research in one or more of these journals and has found the peer review process to be rigorous.

7. The Declarant has cited Dr. Greve's research in articles, chapters, and/or books. Such as:

   1) Her edited book, *Assessment of Feigned Cognitive Impairment: A Neuropsychological Perspective* (2007; New York: Guilford Press)

   2) Her authored book, *Clinical Practice of Forensic Neuropsychology: An Evidence-based Approach* (2013; New York: Guilford Press).

8. The Declarant has been accepted and testified as an expert in state and federal court.

9. The Declarant has generally relied upon research published by Dr. Kevin Greve and his research group in reaching the Declarant's opinions that were the basis of testimony in state and federal courts.

10. The Declarant is familiar with the use of the Portland Digit Recognition Test, Test of Memory Malingering, and Word Memory Test as Stand Alone Performance Validity Tests, measuring the validity of an examinee's cognitive test performance, and considers those tests to be generally accepted in the field of neuropsychology.

11. The Declarant is familiar with use of the Embedded Performance Validity Indicators derived from the Wechsler Adult Intelligence Scale – IV, Conners' Continuous Performance Test, and Wisconsin Card Sorting Test, as well as other generally used clinical tests, and considers the

embedded validity factors derived from those tests to be generally accepted in the field of neuropsychology.

12. The Declarant is familiar with the Self Report Validity Measures found in the Minnesota Multiphasic Personality Inventory -- 2, Modified Somatic Perception Questionnaire, and Pain Disability Index for assessing over-reporting within an examinee's self report of symptoms and problems and considers those scales to be generally accepted in the field of neuropsychology.

13. The Declarant is familiar with the research of Dr. Kevin Greve and his research group regarding the Stand Alone Performance Validity Tests, the Embedded Performance Validity Indicators, and the Self Report Validity Measures identified above, and considers the methodology Dr. Greve used in his research in this regard to be generally accepted in the field of neuropsychology.

14. The Declarant has utilized Dr. Greve's published research in performing neuropsychological evaluations and specifically in the Medicolegal Context.

15. The Declarant has specifically and routinely relied upon the research published by Dr. Kevin Greve including one or more of the studies in the attached list in reaching the Declarant's own opinions regarding the validity of an examinee's cognitive test performance and or self-reported symptoms. As a result, all my own testimony is informed by Dr. Greve's research.

16. The Declarant has relied upon Dr. Kevin Greve's research on performance and self report validity in Declarant's own testimony.

17. The Declarant has concluded in one or more cases that an examinee was malingering.  That the Declarant was allowed to offer testimony at trial that an examinee was malingering. Below are the captions those cases.

| | |
|---|---|
| 08-31-11 | McCormick v Tadena |
| 06-13-12 | Canett v Carnes |
| 11-06-12 | Gerard v BHN Alhambra Hospital |
| 01-9/10-13 | Gutierres v Balch Petroleum |
| 01-17-13 | Redd v. Scott |
| 01-29-13 | Sharkoff v Fletcher Jones |

| | |
|---|---|
| 12-16-14 | Boyes v Roadmaster |
| 01-28/29-15 | Torres v City of Los Angeles |
| 03-16/17-15 | Sanders v Beck |
| 06-03-15 | Lujan v Williams |
| 09-29-15 | Nonnenmacher v Walsh |
| 10-19-15 | Dhesi v Methodist Hospital |

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on December 15, 2015 in Torrance, California.**

*Kyle Brone*

_____

Board Certified in Clinical Neuropsychology (ABPP/ABCN)

Clinical Professor, Department of Psychiatry and Biobehavioral Sciences at UCLA

Professor, California School of Forensic Studies, Alliant International University

Fellow, American Psychological Association

Fellow, National Academy of Neuropsychology

Exhibit 1

Aguerrevere, L. E., Greve, K. W., Bianchini, K. B., Curtis, K. L., & Nicks, R. C. (under review). Detecting Malingered Pain-Related Disability with the Pain Catastrophizing Scale: A Criterion Group's Validation Study. *The Clinical Neuropsychologist*.

Aguerrevere, L., Greve, K. W., Bianchini, K. J., & Meyers, J. E. (2008). Detecting malingering in traumatic brain injury and chronic pain with an abbreviated version of the Meyers Index for the MMPI-2. *Archives of Clinical Neuropsychology, 23*, 831-838.

Bianchini, K. J., Etherton, J. L., Greve, K. W., Heinly, M. T., & Meyers, J. E. (2008). Classification accuracy of MMPI-2 validity scales in the detection of pain-related malingering: a known-groups approach. *Assessment, 15*, 435-449.

Bianchini, K. J., Aguerrevere, L. E., Guise, B. J., Ord, J. S., Etherton, J. L., Meyers, J. E.,Soignier, R. D., Greve, K. W., Curtis, K., & Bui, J. (2014). Accuracy of the Modified Somatic Perception Questionnaire and Pain Disability Index in the Detection of Malingered Pain-Related Disability in Chronic Pain. *The Clinical Neuropsychologist, 28*, 1376-1394.

Greve, K. W., Heinly, M. T., Bianchini, K. J., & Love, J. M. (2009). Malingering detection with the Wisconsin Card Sorting Test in mild traumatic brain injury. *The Clinical Neuropsychologist, 23*, 343 - 362.

Greve, K. W., Etherton, J. L., Ord, J., Bianchini, K. J., & Curtis, K. L. (2009). Detecting Malingered Pain-Related Disability: Classification Accuracy of the Test of Memory Malingering. *The Clinical Neuropsychologist, 23*, 1250-1271.

Greve, K. W., Bianchini, K. J., Etherton, J. L., Ord, J. S., & Curtis, K. L. (2009). Detecting Malingered Pain-Related Disability: Classification Accuracy of the Portland Digit Recognition Test. *The Clinical Neuropsychologist, 23*, 850-869.

Greve, K. W., Ord, J., Curtis, K. L., Bianchini, K. J., & Brennan, A. (2008). Detecting malingering in traumatic brain injury and chronic pain: a comparison of three forced-choice symptom validity tests. *The Clinical Neuropsychologist, 22*, 896-918.

Greve, K. W., Bianchini, K. J., & Doane, B. M. (2006). Classification accuracy of the Test of Memory Malingering in traumatic brain injury: results of a known-groups analysis. *Journal of Clinical and Experimental Neuropsychology, 28*, 1176 - 1190.

Greve, K. W., Bianchini, K. J., Etherton, J. L., Meyers, J. E., Curtis, K. L., & Ord, J., (2010). The Reliable Digit Span Test in Chronic Pain: Classification Accuracy in Detecting Malingered Pain-Related Disability. *The Clinical Neuropsychologist, 24*, 137-152.

Greve, K. W., Ord, J., Curtis, K. L., Bianchini, K. J., & Brennan, A. (2008). Detecting malingering in traumatic brain injury and chronic pain: a comparison of three forced-choice symptom validity tests. *The Clinical Neuropsychologist, 22*, 896-918.

Greve, K. W. & Bianchini, K. J. (2006). Classification accuracy of the Portland Digit Recognition Test in traumatic brain injury: results of a known-groups analysis. *The Clinical Neuropsychologist*, 20, 816 - 830.

Greve, K. W., Bianchini, K. J., Love, J. M., Brennan, A., & Heinly, M. T. (2006). Sensitivity and specificity of MMPI-2 validity scales and indicators to malingered neurocognitive dysfunction in traumatic brain injury. *The*

*Clinical Neuropsychologist, 20*, 491-512.

Heinly, M. T., Greve, K. W., Bianchini, K. J., Love, J. L., & Brennan, A. (2005). WAIS Digit Span-Based indicators of malingered neurocognitive dysfunction: classification accuracy in traumatic brain injury. *Assessment, 12*, 429-444.

Ord, J. S., Boettcher, A. C., Greve, K. W., & Bianchini, K. J. (2010). Detection of Malingering in Mild Traumatic Brain Injury with the Conners' Continuous Performance Test-II. *Journal of Clinical and Experimental Neuropsychology, 32*, 380-387.

Curriculum Vitae                    (revised November 2015)

**KYLE BRAUER BOONE, PH.D., ABPP-ABCN**

Clinical Office: 24564 Hawthorne Blvd., Suite 208
Hillside Village, Building B
Torrance, CA 90505

Large packages and correspondence requiring a signature should be sent to:
1621 W. 25th Street #18
San Pedro, CA  90732

Telephone:  (310) 375-5740        FAX:  (310) 375-5790        e-mail:  kboone@kyleboonephd.com or
kboone@alliant.edu

**EDUCATIONAL BACKGROUND**

UNDERGRADUATE AND GRADUATE EDUCATION

| | | |
|---|---|---|
| B.S. | Psychology, Speech Pathology<br>Loma Linda University, Riverside, California | 1978 |
| M.A. | Clinical Psychology<br>California School of Professional Psychology,<br>Los Angeles, California | 1980 |
| Ph.D. | Clinical Psychology<br>California School of Professional Psychology,<br>Los Angeles, California | 1984 |

POSTGRADUATE EDUCATION

| | | |
|---|---|---|
| Fellow | Department of Neuropsychology<br>Neuropsychiatric Institute and Hospital,<br>UCLA Center for the Health Sciences | 1983-1985 |

**LICENSURE**

| | | |
|---|---|---|
| Psychologist | California,  #PSY 9046<br>Hawaii #999 | 1985<br>2007 |

**DIPLOMATE**

Clinical Neuropsychology, American Board of Professional Psychology        June 2, 1995

**ACADEMIC APPOINTMENTS**

Professor, California School of Forensic Studies, Los Angeles Campus, Alliant International University, August 2008 to present

Clinical Professor, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine, July 2008 to present

Professor-in-Residence, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine, July 2003 to July 2008

Associate Professor-in-Residence, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine, July 1997 to June, 2003

1

Assistant Professor-in-Residence, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine, July 1991 to June 1997

Assistant Clinical Professor, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine, July 1986 to 1991

## BOARD MEMBERSHIPS

Board of Directors, American Academy of Clinical Neuropsychology, January 2005 to January 2010

University of Minnesota Press MMPI-2/MMPI-2-RF Advisory Board, January 2008 to 2014

## PROFESSIONAL ACTIVITIES

### EMPLOYMENT HISTORY AND CLINICAL ACTIVITIES

Professor, Center for Forensic Studies, Alliant University (2008 to present)

Director of Neuropsychology Training Program – Department of Psychiatry, Harbor-UCLA Medical Center, Torrance, California, 1986 to 2008 (post-doctoral program APA-accredited as of 2003; Neuropsychology post-doctoral program accredited in 2004)

Director of Neuropsychological Services - Department of Psychiatry, Harbor-UCLA Medical Center, Torrance, California, 1986 to 2008

Co-Director, County-wide Neuropsychology Assessment Clinic, Department of Mental Health, Los Angeles County, 1997 to 2008

Clinical and Research Supervisor - Geropsychology Post-doctoral Program, Neuropsychiatric Institute, UCLA Center for the Health Sciences, 1993 to 2008

Clinical Neuropsychologist - private practice, Torrance and Los Angeles, California, 1986 to present

Clinical Neuropsychologist, Center for Geriatric Health, Century City Hospital, Los Angeles, California, 1989 to 1997.

Instructor - California School of Professional Psychology, 1994.

Clinical Supervisor - Department of Neuropsychology, Neuropsychiatric Institute, UCLA Center for the Health Sciences, 1986 to 1990

Staff Psychologist - Department of Neuropsychology, Neuropsychiatric Institute and Hospital, UCLA Center for the Health Sciences, 1985-1986

Research Associate - Brain Research Institute, UCLA Center for the Health Sciences, 1985

Instructor - Psychology Department, California State University -Dominguez Hills, California, 1985

Instructor - Psychology and Biology Departments, Loma Linda University, Riverside, California, 1980-1983

### ONGOING RESEARCH

1. Validation of tests to measure response bias.
2. Impact of demographic factors on neuropsychological scores.

## GRANT AWARDS

1. Principal Investigator, "Cognition, Vascular Status, and Adaptive Function," Research and Education Institute, Harbor-UCLA Medical Center, 12/1/94, $4,000.

2 Principal Investigator, "Cognition, Vascular Status, and Adaptive Function," UCLA Alzheimer's Disease Center, 7/1/94-6/30/95, $10,000.

3 Co-investigator, "Neuroimaging of Normal Aging and Late-life Psychosis," State of California, 7/1/88-6/30/91, $550,000.

4 Co-investigator, "Brain Lesions and Cognition in Late-onset Depression," NIMH, 3/1/91-2/28/94, $510,000.

5. Co-investigator, "Effect of testosterone treatment on cognitive function, behavior and bone metabolism in young boys with Klinefelter syndrome," Human Growth Foundation, 12/31/97-12/30/98, $7500.

6. Co-investigator, "Rehabilitation for persons with HIV," US DHHS/Health Resource and Services Administration, 10/01/96-9/30/01, $544,509.

7. Co-investigator, "Effect of testosterone treatment of cognitive function, behavior and bone metabolism in young boys with Klinefelter syndrome," Eli Lilly and Company, 8/1/97-7/30/98, $10,000.

8. Co-investigator, "A double-blind, five-armed, fixed-dose, active-and placebo-controlled dose-finding study with sublingual org 5222 in subjects with acute phase schizophrenia," Organon, Inc., 3/1/98-6/30/98, $790,515.

9. Co-investigator, "Post-traumatic impairment of cerebral vasoreactivity," US DHHS/NIH/National Institute of Neurological Disorders and Stroke, 12/1/98-11/30/01.

10. Co-investigator, "Influence of tamoxifen on neurochemistry and neuropsychologic function in older women with resected breast cancer," Johsson Comprehensive Cancer Center, 8/1/98-7/31/99.

11. Co-investigator, "Brain function, structure, and neurochemistry after tomoxifen/chemotherapy assessed by neuropsychologic testing and 1H magnetic resonance spectroscopy," Department of Defense, 9/1/99-8/31//2000.

12. Co-investigator, "Imaging the cholinergic system in Alzheimer's disease: prediction of treatment response," Harbor-UCLA Medical Center, Department of Neurology, 11/27/01.

## EDITORIAL SERVICES

Member, Editorial Board, *The Clinical Neuropsychologist*, November 2002 to present
Member, Editorial Board, *Journal of the International Neuropsychological Society*, November 2004 to May, 2011
Member, Editorial Board, *Journal of Clinical and Experimental Neuropsychology*, September 2006 to present
Member, Editorial Board, *Psychological Assessment,* November 2008 to 2012, and starting January 2015
Member, Editorial Board, *Archives of Clinical Neuropsychology,* May 2009 to present

Reviewer, *Assessment*
Reviewer, *Applied Neuropsychology*
Reviewer, *Archives of General Psychiatry*
Reviewer, *Biological Psychiatry*
Reviewer, *Cognitive and Behavioral Neurology*
Reviewer, *Journal of Neurology, Neurosurgery, and Psychiatry*
Reviewer, *Neurocase*
Reviewer, *Neuropsychiatry, Neuropsychology, and Behavioral Neurology*
Reviewer, *Neuropsychology Review*

3

Reviewer, *Psychological Science*
Reviewer, Oxford University Press
Reviewer, French Foundation for Alzheimer Research
Reviewer, State of California Alzheimer's Research Program

## ACADEMIC/PROFESSIONAL COMMITTEES

1. Human Subjects Committee, REI, Harbor-UCLA, 1991 to 1995.
2. Program Committee, International Neuropsychological Society European meeting, Bergen, Norway, June 25-28, 1997.
3. Department of Psychiatry and Biobehavioral Science, UCLA School of Medicine, Academic Appointments and Promotions Committee, 1999-2080.
4. Program Committee, International Neuropsychological Society Annual meeting, Dallas, 2004.
5. American Academy of Clinical Neuropsychology Practice Standards Working Group, 2003 to present.
6. Scientific Review Committee, International Neuropsychological Society Annual meeting, 2007.
7. American Academy of Clinical Neuropsychology Practice Advisory Committee, 2007 to present.
8. Invited Member, 2008 Consensus Conference on the Neuropsychological Assessment of Effort, Response, Bias, and Malingering, American Academy of Clinical Neuropsychology, June 19-21, 2008.
9. Invited Member, 2008 Klinefelter (KSA) Scientific Advisory Meeting, Dallas, February 22-24, 2008.
10. Forensic Program Chair, American Academy of Clinical Neuropsychology annual conference, 2014 to present.

## DISSERTATION COMMITTEES

1. Dissertation Committee, K. Miller, Ph.D, CSPP, completed 1991.
2. Dissertation Committee, J. Berry, Ph.D., CSPP, completed May, 1991.
3. Dissertation Chair, C. King, Ph.D., CSPP, completed May, 1992.
4. Dissertation Chair, L. Philpott, Ph.D., CSPP, completed September, 1992.
5. Dissertation Chair, C. Back, Ph.D., CSPP, completed December, 1993.
6. Dissertation Chair, L. Simon, Ph.D., CSPP, completed May, 1994.
7. Dissertation Chair, K. Warner-Chacon, Ph.D., CSPP, completed May, 1994.
8. Dissertation Chair, A. Lee, Ph.D., CSPP, completed November, 1994.
9. Dissertation Chair, D. Weiss, Ph.D., CSPP, completed July, 1994.
10. Dissertation Chair, E. Shemieh, Ph.D., CSPP, completed June, 1996.
11. Dissertation Committee, L. Paul, M.A., Fuller Graduate Institute, completed 1998.
12. Dissertation Committee, K. Rankin, M.A., Fuller Graduate Institute, completed 1999.
13. Dissertation Committee, A. Katchikian, M.A., Fuller Graduate Institute, completed 2001.
14. Dissertation Committee, P. Lu, M.A., Pepperdine Graduate School of Education and Psychology, completed June, 2002.
15. Dissertation Committee, M. Sumanti, M.A., Fuller Graduate Institute, completed July, 2002.
16. Dissertation Committee, C. Grills, M.A., Fuller Graduate Institute, completed July, 2002.
17. Dissertation Committee, N. Nelson, M.A., Fuller Graduate Institute, completed May, 2002.
18. Dissertation Committee, M. Fox-Symington, M.A., Fuller Graduate Institute, completed May, 2003.
19. Dissertation Committee, E. Spiegel, M.A., Fuller Graduate Institute, completed 2005.
20. Dissertation Committee, L. Nelson, M.A., Fuller Graduate Institute, completed 2005.
21. Dissertation Committee, J. Smith, M.A. Rosemead Graduate School, completed 2006.
22. Dissertation Committee, T. Kim, M.A., Pepperdine Graduate School of Education and Psychology, completed 2008.
23. Dissertation Committee, M. Kim, M.A., Fuller Graduate Institute, completed 2009.
24. Dissertation Committee, K. Torres, M.A., Pepperdine Graduate School of Education and Psychology, completed 2010.
25. Dissertation Committee, C. Waters, M.A., Fuller Graduate Institute, completed 2010.
26. Dissertation Committee, K. Bortnik, M.A., Fuller Graduate Institute, completed 2009.
27. Dissertation Committee, A. Khalifeh, M.A., Rosemead Graduate School, completed 2010.
28. Dissertation Committee, A. Curiel, M.A., Pepperdine Graduate School of Education and Psychology, completed 2011.
29. Dissertation Committee, C. De Leeuw, M.A., Fuller Graduate Institute, completed 2010.
30. Dissertation Chair, R. Solomon, California School of Forensic Studies, Alliant International University, completed 2010.
31. Dissertation Chair, H. Brydges, California School of Forensic Studies, Alliant International

4

University, completed 2011.

32.  Dissertation Committee, S. Luk, California School of Forensic Studies, Alliant International University, completed 2011.

33.  Dissertation Chair, A. O'gara, California School of Forensic Studies, Alliant International University, completed 2010.

34.  Dissertation Chair, S. Reedy, California School of Forensic Studies, Alliant International University, completed 2010.

35.  Dissertation Chair, L. Robles, California School of Forensic Studies, Alliant International University, completed 2012.

36.  Dissertation Chair, C. Roberson, California School of Forensic Studies, Alliant International University, completed 2012.

37.  Dissertation Chair, T Taylor, California School of Forensic Studies, Alliant International University, completed 2011.

38.  Dissertation Chair, D. Arriaza, California School of Forensic Studies, Alliant International University, completed 2012.

39.  Dissertation Chair, J. Dutton, California School of Forensic Studies, Alliant International University, completed, 2012.

40.  Dissertation Chair, T. Bell-Sprinkel, California School of Forensic Studies, Alliant International University, completed 2012.

41.  Dissertation Chair, K. Smith, California School of Forensic Studies Alliant International University, completed 2013.

42.  Dissertation Chair, K. Weilbacher, California School of Forensic Studies, Alliant International University, completed 2012.

43.  Dissertation Chair, J. Green, California School of Forensic Studies, Alliant International University, completed 2012.

44.  Dissertation Committee, R . Franco, California School of Forensic Studies, Alliant International University, completed 2009.

45.  Dissertation Committee, L. Asulyan, California School of Forensic Studies, Alliant International University, completed 2011.

46.  Dissertation Committee, D. Lance, California School of Forensic Studies, Alliant International University, completed 2011.

47.  Dissertation Chair, K. Poynter, California School of Forensic Studies, Alliant International University, in process.

48.  Dissertation Chair, E. Shouse, California School of Forensic Studies, Alliant International University, completed 2012.

49.  Dissertation Chair, N. Sobel, California School of Forensic Studies, Alliant International University, completed 2013.

50.  Dissertation Chair, C. McCaul, California School of Forensic Studies, Alliant International University, in process.

51.  Dissertation Chair, S. Hornsby, California School of Forensic Studies, Alliant International University, completed 2015..

52.  Dissertation Chair, M. Balasanyan, California School of Forensic Studies, Alliant International University, completed 2015.

53.  Dissertation Chair, A DeBear, California School of Forensic Studies, Alliant International University, in process.

54.  Dissertation Chair, E. Hood, California School of Forensic Studies, Alliant International University, in process.

55.  Dissertation Chair, E. Mendez, California School of Forensic Studies, Alliant International University, in process.

56.  Dissertation Chair, D. Rojas, California School of Forensic Studies, Alliant International University, in process.

57.  Dissertation Chair, G. Daoud, California School of Forensic Studies, Alliant International University, in process.

58  Dissertation Chair, F. Sanchez, California School of Forensic Studies, Alliant International University, in process.

59.  Dissertation Chair, J. Villalobos, California School of Forensic Studies, Alliant International University, in process.

60.  Dissertation Committee, D. Maloff, California School of Forensic Studies, Alliant International University, in process.

61.  Dissertation committee, R. Olortegui, California School of Forensic Studies, Alliant International University, completed 2013.

## PROFESSIONAL MEMBERSHIPS

American Psychological Association
International Neuropsychological Society
Fellow, National Academy of Neuropsychology
Fellow, American Psychological Association (Division 40)

## PROFESSIONAL PRESENTATIONS AND WORKSHOPS

Instructor - Course: "Neuropsychological Assessment," Neurobehavior Program, Brentwood VA Hospital, Los Angeles, California, July 18 - August 29, 1985.

Guest Lecturer: "Neuropsychological Assessment", Neurology Ground Rounds, Neurology Department, Harbor-UCLA Medical Center, September 20, 1985.

Instructor - Workshop: "Neuropsychological Assessment", Department of Psychology, Wadsworth VA Hospital, Los Angeles, California, March 27 - April 3, 1986.

Instructor - Workshop: "Neuropsychological Assessment", Department of Psychology, Atascadero State Hospital, Atascadero, California, June 19-20, 1986.

Guest Lecturer: "Signs of Neuropsychological Syndromes", Verdugo Mental Health Center, Glendale, California, March 4, 1987.

Guest Lecturer: "Neurological Causes of Stuttering," National Stuttering Project meeting, Santa Ana, California, June 14, 1987.

Guest Lecturer: "Neuropsychological Assessment," Psychology Department, Los Angeles County Sheriff's Department, Los Angeles, California, July 8, 1987.

Guest Lecturer: "The Clinical Interview and Report Writing in Neuropsychology", Neuropsychology Case Conference, Department of Neuropsychology, UCLA-NPI, October 20, 1987.

Guest Lecturer: "Psychodiagnostic Assessment", Psychological Services Center, California School of Professional Psychology, Los Angeles, California, November 25, 1987.

Instructor - Workshop: "Differential Assessment of the Cognitively Impaired Elderly Client (Depression, Delirium, Dementia)", 1988 California Mental Health and Aging Conference in Carson, California, February 3-4, 1988. Sponsored by the Rehabilitation Research and Training Center on Aging, Rancho Los Amigos Medical Center and University of Southern California.

Presenter: "Neuropsychological Functioning in Normal Aging and Alzheimer's Disease," Presented at the John Douglas French Foundation Conference, "Neuroimaging and Alzheimer's Disease", Los Angeles, California, April, 1988.

Instructor - Course: "Neuropsychological Assessment", Department of Psychology, Rancho Los Amigos Medical Center, Downey, California, June 2 - July 7, 1988.

Guest Lecturer: "The Clinical Interview and Report Writing in Neuropsychology," Neuropsychology Case Conference, Department of Neuropsychology, UCLA-NPI, October 25, 1988.

Presenter: "The Cutting Edge: a research symposium," State of California, Department of Mental Health, Sacramento, October 24, 1988.

Guest Lecturer: "Performance on Frontal Lobe Tests in Normal Elderly", NIBBL seminar, Department of Neuropsychology, UCLA-NPI, November 8, 1988.

Guest Lecturer: "The Clinical Practice of Neuropsychology", Department of Psychology, Loma Linda University, Riverside, California, November 14, 1988.

6

Guest Lecturer with Bruce Miller, M.D., and Elizabeth Hill, M.A.: "Behavioral Neurology," Casa Colina South Bay Center and Peninsula Rehabilitation Center, Torrance, California, November 16, 1988.

Guest Lecturer: "Neuropsychological Assessment of Epilepsy", Neuropsychology course chaired by James T. Marsh, Ph.D., UCLA-NPI, November 30, 1989.

Guest Lecturer: "Malingering and Neuropsychological Assessment", Neuropsychology Seminar, Department of Neuropsychology, UCLA-NPI, December 5, 1989.

Guest Lecturer: "Neuropsychological Characteristics of Nondepressed Adults with Obsessive-Compulsive Disorder", NIBBL seminar, Department of Neuropsychology, UCLA-NPI, January 16, 1990.

Guest Lecturer: "Neuropsychological Assessment of Epilepsy", Neuropsychology course chaired by James T. Marsh, Ph.D., UCLA-NPI, December 6, 1990.

Guest Lecturer: "Neuropsychological Assessment", Family Medicine Behavioral Science Rounds, Harbor-UCLA Medical Center, January 22, 1991.

Guest Lecturer: "The Cognitive Significance of White Matter Lesions detected on MRI in Normal Elderly", NIBBL seminar, Department of Neuropsychology, UCLA-NPI, February 5, 1991.

Guest Lecturer: "Neuropsychological Functioning in Normal Elderly", Neuropsychology Case Conference, Department of Neuropsychology, UCLA-NPI, March 26, 1991.
Guest Lecturer: "Structural and Neuropsychological Abnormalities in Late-Onset Psychosis", Century City Hospital Psychiatric Institute Lecture Series, May 8, 1991.

Guest Lecturer: "Frontal Lobe Dysfunction in the Elderly:  Fact or Fiction?", NIBBL Seminar, Department of Neuropsychology, UCLA-NPI, October 29, 1991.

Workshop Presenter:  "The Detection of Malingering in the Forensic Cognitive Evaluation", California Psychological Association 1992 Convention, San Diego, California.

Guest Lecturer: "rCBF and Cognition in Late-Onset Depression", NIBBL Seminar, Department of Neuropsychology, UCLA-NPI, April 7, 1992.

Invited Speaker:  "Neuropsychological changes in frontal lobe tests in aging and dementia", 2nd International Conference on Frontal Lobe Degeneration of Non-Alzheimer Type, Lund, Sweden, September 11-12, 1992.

Guest Lecturer: "Performance on Malingering Tests (Dot Counting, 15 Item Memorization) in a Forensic Population," NIBBL Seminar, Department of Neuropsychology, UCLA-NPI, October 6, 1992.

Guest Lecturer: "Frontal Lobe Degeneration", Neurology Ground Rounds, Harbor-UCLA Medical Center, October 16, 1992.

Guest Lecturer: "Mental Status Evaluation", Family Medicine, Harbor-UCLA Medical Center, October 27, 1992.

Guest Lecturer: "Assessment of Malingering", Family Medicine, Harbor-UCLA Medical Center, March 16, 1993.

Invited Speaker:  Geriatric Psychiatry presentation for UCLA Psychiatry Clinical Grand Rounds, NPI-UCLA, May 10, 1993.

Invited Speaker:  "Assessment of Malingering," San Diego Neuropsychological Society, July 1, 1993.

Guest Lecturer: "The Neuropsychology of Late-Life Depression," NIBBL Seminar, Department of Neuropsychology, UCLA-NPI, November 16, 1993.

Guest Lecturer: "The Neuropsychology of Aging," UCLA Neurobehavior Seminar, Department of Neurology, February 28, 1994.

Guest Lecturer:  "Neuropsychological Characteristics of Late Life Depression," Fuller Psychology Research Colloquium, May 3, 1994.

Guest Lecturer:  "Executive Functions," Department of Psychiatry, Cedars-Sinai Medical Center, December 1, 1994.

Guest Lecturer:  "Research in Cognition and Imaging," NIBBL Seminar, Department of Neuropsychology, UCLA-NPI, December 15, 1994.

Guest Lecturer:  "Neuropsychology of Late Life Depression," Geropsychology Seminar, Department of Psychiatry, UCLA-NPI, February 1, 1995.

Guest Lecturer:  "Pseudodementia," The Center for Aging Resources, Pasadena, California, March 28, 1995.

Guest Lecturer:  "Overview of neuropsychological testing," Department of Neurology Grand Rounds, Harbor-UCLA Medical Center, May 26, 1995.

Guest Lecturer:  "Cognitive deficits in older adults with depression," In-Service Continuing Education Program, Psychology Service, Los Angeles VA Outpatient Clinic, July 31, 1995.

Guest Lecturer:  "Malingering and factitious disorders:  Tests and assessment," Harbor-UCLA Emergency Psychiatry Department, September 13, 1995.

Faculty Speaker:  "Neuropsychological testing for dementia," included as a part of the course, "Alzheimer's Disease:  A practical guide on care and treatment."  Dorothy Kirsten French Memorial Lecture Series on Alzheimer's Disease presented by the French Foundation for Alzheimer Research and sponsored by the California Society of Internal Medicine, Santa Monica, California, October 7, 1995.

Guest Speaker:  "Special obstacles facing women in academics; the changing health care system:  Where do psychologists fit in?; Combining Career and Family",  Geriatric Psychology Post-Doctoral Program, UCLA-NPI, October 19, 1995.

Workshop Instructor:  "Neuropsychology assessment update," Los Angeles County Department of Mental Health, full-day continuing education workshop, October 20, 1995.

Workshop Instructor:  "Neuropsychology of schizophrenia,"  Metropolitan State Hospital, December 13, 1995.

Invited Speaker:  "Different Cognitive Patterns of Dementia," as a part of the workshop, "The Use of Twin Cohorts for Dementia Research," sponsored by the French Foundation for Alzheimer Research, February 8 and 9, 1996, Redondo Beach, California.

Guest Speaker:  "Neuropsychology of depression," NIBBL Seminar, Department of Neuropsychology, UCLA-NPI, February 22, 1996.

Workshop Instructor:  "Neuropsychology of Psychiatric Disorders," Los Angeles County Department of Mental Health, full-day continuing education workshop, March 8, 1996.

Guest Speaker:  "Cognition in the elderly," The Center for Aging Resources, Pasadena, California, March 26, 1996.

Invited workshop participant:  "Frontal Dementia Workshop," sponsored by the Rotman Research Institute/University of Toronto and the French Foundation for Alzheimer's Disease, Toronto, Canada, April 13-17, 1996.

Workshop speaker:  "Normal versus abnormal memory changes," sponsored by the Little Tokyo Service Center, Japanese American Cultural and Community Center, Los Angeles, June 22, 1996.

Lecturer:  "Malingering and factitious disorders," Emergency Psychiatry Orientation Course, Harbor-UCLA Department of Psychiatry, September 4, 1996.

Guest Speaker:  "Neuropsychological Assessment," Neurology Grand Rounds, Harbor-UCLA Medical Center, September 5, 1996.

Workshop Instructor:  "Neuropsychology Assessment Update," Los Angeles County Department of Mental Health, full-day continuing education workshop, October 4, 1996.

Workshop Instructor:  "Neuropsychology of Schizophrenia." New Steps, New Alliances:  Focusing on substance abusing mentally ill across the life span, sponsored by the Los Angeles County Department of Mental Health, Department of Health Services (Alcohol and Drug Program Administration), and Department of Children and Family Services, Los Angeles, December 11-12, 1996.

Guest Speaker:  "Neuropsychological Assessment," Grand Rounds, Edward Edelman Westside Mental Health Center, Los Angeles, February 20, 1997.

Workshop Instructor:  "Neuropsychology of Psychiatric Disorders," Los Angeles County Department of Mental Health, full-day continuing education workshop, March 14, 1997.

Guest Speaker:  "Detection of Malingering," In-Service Continuing Education Program, Psychology Service, Los Angeles VA Outpatient Clinic, March 24, 1997.

Guest Speaker:  "Neuropsychological Assessment," Grand Rounds, Rio Hondo Mental Health Center, Cerritos, April 10, 1997.

Guest Speaker:  "Frontal-temporal dementia," The Center for Aging Resources, Pasadena, California, April 22, 1997.

Guest Speaker:  "Frontal-temporal dementia," In-Service Continuing Education Program, Psychology Service, Los Angeles VA Outpatient Clinic, July 7, 1997.

Lecturer: "Malingering and Factitious Disorders," Emergency Psychiatry Orientation Course, Harbor-UCLA Medical Center, September 3, 1997.

Guest Lecturer:  "Neuropsychological Correlates of Frontal Temporal Dementia," Geriatric Psychiatry Grand Rounds, UCLA Neuropsychiatric Institute, September 3, 1997.

Guest Lecturer:  "Neuropsychological assessment," Harbor-UCLA Clinical Social Work in-service, September 11, 1997.

Workshop Presenter:  "The practice of geropsychology," Los Angeles County Psychological Association Continuing Education Program, Los Angeles, September 20, 1997.

Workshop Instructor:  "Advances in Neuropsychological Assessment," Los Angeles County Department of Mental Health, full-day continuing education workshop, November 7, 1997.

Guest Speaker:  "Neuropsychology of Schizophrenia," In-Service Continuing Education Program, Psychology Service, Los Angeles VA Outpatient Clinic, December 8, 1997.

Guest Speaker:  "Neuropsychology of Psychiatric Disorders," Harbor-UCLA Clinical Social Work In-service, January 8, 1998.

Guest Lecturer:  "Cognitive characteristics of right versus left frontotemporal dementia," Fuller Theological Seminary, Psychology Graduate Program, February 10, 1998.

Workshop Instructor:  "Neuropsychology of Psychiatric Disorders," Los Angeles County Department of Mental Health, full-day continuing education workshop, March 13, 1998.

Lecturer:  "All Things Ain't What They Appear To Be: the Detection of Malingering," Psychiatry Departmental Conference, Harbor-UCLA Medical Center, June 8, 1998.

Lecturer: "Malingering and Factitious Disorders," Emergency Psychiatry Orientation Course, Harbor-UCLA Medical Center, July 15, 1998.

Guest Speaker: "Neuropsychological overview of the XXY male," Klinefelter's Syndrome National Conference, July 24, 1998, Torrance, California.

Guest Speaker: "Neuropsychological Testing," Neurology Grand Rounds, Harbor-UCLA Medical Center, September 4, 1998.
Worshop Presenter, "Psychological assessment and disability evaluation training," Los Angeles County Department of Mental Health, full-day continuing education workshop, December 1, 1998.

Lecturer, "Neuropsychological assessment and Klinefelter's syndrome," Harbor-UCLA Department of Endocrinology Rounds, January 12, 1999.

Guest Lecturer, "The neuropsychology of frontotemporal dementia," UCLA Geriatric Psychiatry Rounds, January 13, 1999.

Workshop Presenter, "Detection of Malingered Cognitive and Psychological Symptoms," full-day continuing education workshop, Los Angeles County Psychological Association, March 13, 1999.

Guest Lecturer, "The neuropsychology of depression, " In-service Continuing Education Program, Psychology Service, Los Angeles VA Outpatient Clinic, March 22, 1999.

Guest Speaker, "Neuropsychological Testing," Neurology Grand Rounds, Harbor-UCLA Medical Center, April 2, 1999.

Guest Lecturer, "Neuropsychological profiles in frontotemporal dementia," University of California at San Francisco, Department of Neurology, Langley-Porter Institute, May 27, 1999.

Workshop Presenter (with Chris Barr, Ph.D.), "Detection of Malingered Cognitive and Psychological Symptoms," full-day continuing education workshop, Los Angeles County Department of Mental Health, June 8, 1999.

Workshop Presenter (with Ira Lesser, M.D. and Jennifer Dunkin, Ph.D) "Older Adult Symposium," full-day continuing education workshop, Psycho-legal Associates, Fullerton, California, June 18, 1999.

Workshop Presenter (with Chris Barr, Ph.D), "Detection of Malingered Cognitive and Psychological Symptoms," full-day continuing education workshop, Los Angeles County Department of Mental Health, August 4, 1999.

Guest Lecturer, "Malingering and Factitious Disorders," Psychiatry Emergency Orientation Course, Harbor-UCLA Medical Center, August 11, 1999.

Presenter, University of California - San Francisco Memory Disorders Clinic, Frontotemporal Dementia Retreat, September 7, 1999.

Guest Lecturer (with Ronald Swerdloff, M.D.), "Behavioral and Cognitive Dysfunction in Klinefelter's Syndrome," Psychiatry Grand Rounds, Harbor-UCLA Medical Center, September 21, 1999.

Guest Lecturer, "Neuropsychological Examination of Cognitive Function," Neuropsychiatry and Geriatric Psychiatry Seminar Series, October 20, 1999.

Workshop Presenter (with Chris Barr, Ph.D., and Allen Middleton, Ph.D.), "Disability Evaluation and Psychological Assessment Training, " full-day continuing education workshop, Los Angeles County Department of Mental Health, December 1, 1999.

Workshop Presenter (with Ronald Swerdloff, M.D.), "Klinefelter's syndrome - A model for Cognitive Dysfunction?", full-day workshop, "Sex Hormones and Dementia," John Douglas French Alzheimer's Foundation, Los Angeles, December 4, 1999.

Guest Lecturer, "The Neuropsychology of Schizophrenia," Inservice continuing education program, Psychology Service, Los Angeles VA Outpatient Clinic, January 24, 2000.

Guest Lecturer, "The Detection of Malingered Cognitive Symptoms," Continuing education program, San Gabriel Valley Psychological Association, February 5, 2000.

Honored Alumnus Address, "The Detection of Feigned Cognitive Symptoms: The Critical Role of Psychology," La Sierra University, Psychology Department, March 16, 2000.

Guest Lecturer, "Neuropsychological Profiles in Right versus Left Frontotemporal Dementia," Integrated Psychological Assessment Service, UCLA-NPI, May 24, 2000.

Guest Lecturer, "Neuropsychological Testing," Neurology Grand Rounds, Harbor-UCLA Medical Center, June 9, 2000.

Guest Lecturer, "Neuropsychological Testing," Coastal Asian Mental Health Center, Gardena, California, August 17, 2000.

Guest Speaker, Frontotemporal Dementia Support Group, University of California - Irvine, September 6, 2000.

Guest Speaker, "Neuropsychological Profiles of Adults with XXY, " Hot Topics in XXY, XXX and XYY, Sacramento, October 14, 2000.

Invited continuing education workshop presenter (with Bruce Miller, M.D.), "Frontotemporal dementia: An old disease, a new name, a new neuropsychology," National Academy of Neuropsychology conference, Orlando, Florida, November 18, 2000.

Workshop presenter (with Chris Barr, Ph.D., "Psychological assessment and disability evaluation training," Los Angeles County Department of Mental Health, full-day continuing education workshop, December 1, 2000.

Guest lecturer, "Use of neuropsychological techniques in death penalty cases, " Harbor-UCLA Medical Center, Forensic Issues Seminar, January 18, 2001.

Guest Speaker, "Neuropsychological characteristics of men with Klinefelter syndrome," Fuller Theological Seminary, Psychology Graduate School, Pasadena, January 9, 2001.

Guest lecturer, "Neuropsychological testing in dementia," Neurology Grand Rounds, Harbor-UCLA Medical Center, February 1, 2001.

Guest lecturer, "The detection of malingered cognitive symptoms," In-service Continuing Education Program, Psychology Service, Los Angeles VA Outpatient Clinic, January 27, 2001.

Guest lecturer, "Neuropsychology of Frontotemporal Dementia," Integrated Psychological Services Program, UCLA-NPI, March 1, 2001.

Guest lecturer, "Behavioral and Cognitive Characteristics of Frontotemporal Dementia," Cedars-Sinai Medical Center, Department of Psychiatry Grand Rounds, March 29, 2001.

Guest Lecturer, "Neuropsychological Assessment," Edward Edelmen Community Mental Health Center Rounds, October 4, 2001.

Guest Lecturer, "Neuropsychological Assessment," Kedrin Community Mental Health Center, October 10, 2001.

Guest Lecturer, "Neuropsychological Assessment," Los Angeles County Office of the Public Defender, Death Penalty College, Los Angeles, October 12, 2001.

Panel Speaker (with J. Michael Williams, Ph.D., and Gordon Chelune, Ph.D.), "Normal versus Normative: The New State of Norms in Neuropsychology," Special Topic Presentation, National Academy of Neuropsychology, San Francisco, November 2, 2001.

Guest Lecturer, "Neuropsychological assessment in the elderly patient," Harbor-UCLA Department of Psychiatry Neurobehavior Lecture Series, November 14, 2001.

Guest Lecturer, "The Detection of Feigned Cognitive Symptoms," Edward Edelman Community Mental Health Center, December 13, 2001.

Workshop presenter (with Chris Barr, Ph.D., "Psychological assessment and disability evaluation training," Los Angeles County Department of Mental Health, full-day continuing education workshop, December 14, 2001.

Guest Lecturer, "Neuropsychology of Frontotemporal Dementia," Integrated Psychological Services Program, UCLQ-NPI, February 13, 2002.

Guest Lecturer, "Neuropsychological testing in death penalty cases," Forensic Seminar, Harbor-UCLA Medical Center, Division of Psychology, April 4, 2002.

Guest Lecturer, "Assessment of executive functions," Neurobehavioral seminar, VA Wadsworth, Neurobehavior Clinic, April 9, 2002.

CE course instructor, "A Psychologist's Expertise in Evaluating Cognitive Deficits in Adults," Loma Linda University, School of Allied Health Professions, Sixth Annual Alumni Homecoming, May 2, 2002.

CE course instructor, "Techniques to detect noncredible cognitive symptoms: an update," LA County/Department of Mental Health, Psychological Services Development Committee, July 17, 2002.

Guest speaker, "Psychological Testing," Deciphering Workers' Compensation and Disabili1y Psychiatric Evaluations, National Assessment Specialists, Inc., November 5, 2002.

Guest speaker, "Malingering," Deciphering Workers' Compensation and Disability Psychiatric Evaluations, National Assessment Specialists, Inc., November 5, 2002.

Guest speaker, "Neuropsychology of geriatric depression," Neuropsychiatric Institute, UCLA, November 26, 2002.

Guest lecturer, "Use of neuropsychological techniques in death penalty cases, " Harbor-UCLA Medical Center, Forensic Issues Seminar, December 12, 2002.

Guest lecturer, "Neuropsychological Testing in Frontotemporal Dementia," Symposium for Patients and Caregivers, Rancho Los Amigos/USC Frontotemporal Dementia Clinic and Research Program, January 4, 2003.

Guest lecturer, "Neuropsychological Testing," PGY-II Seminar Series, Neurobiology and Neuropsychiatry, Harbor-UCLA Medical Center, Department of Psychiatry, February 19, 2003.

Guest Lecturer, "Neuropsychology of Frontotemporal Dementia," Integrated Psychological Services Program, UCLA-NPI, March 10, 2003.

Conference speaker, "Psychological Testing," in the conference, "Workers' Compensation Reports: 'It's a jungle out there!'", National Assessment Specialists, San Diego, June 6, 2003.

Workshop speaker, "Neuropsychology of Schizophrenia and Frontotemporal Dementia," Full-day training for psychologists, Metropolitan State Hospital, July 23, 2003.

Guest Lecturer, "Neuropsychological testing and dementia," Long Beach Mental Health Clinic, September 25, 2003.

Workshop Presenter (with D. Herzberg, Ph.D.), "The b Test and the Dot Counting Test," National Academy of Neuropsychology, Dallas, October 15, 2003.

Guest Lecturer, "Frontotemporal dementia," Brain Matters Lecture Series, Neurology Department, UCLA, October 20, 2003.

Conference presenter, "The Brain and Behavior," Klinefelter Syndrome and Associates, 2003 Adult National Conference, October 26, 2003, Cypress, CA.

Lecturer, "The Detection of Suboptimal Effort on Cognitive Testing," Sunset Kaiser Permanente, Department of Psychiatry, March 1, 2004.

Lecturer, The neuropsychology of normal and abnormal aging," USC Geriatric Lecture Series, University Hospital, April 22, 2004.

Full-day Workshop presenter, "The application of neuropsychology data to challenging clinical cases," Los Angeles County Department of Mental Health, May 12, 2004.

Lecturer, "The neuropsychology of frontotemporal dementia," Integrated Psychological Services Program, UCLA-NPI, May 27, 2004.

Conference presenter, "Relationship between violence and brain dysfunction:  the role of neuropsychological assessment in criminal cases," for the conference, "Mitigating Intent:  'The nuts and jolts of neurological defense.'"  Los Angeles County Bar Association (Jonathan Mandel, organizer), September 11, 2004.

Conference panelist, "Forensic Grand Rounds," National Academy of Neuropsychology, November 19, 2004, Seattle.

Lecturer, "Detection of noncredible cognitive symptoms," Neuropsychological Brown Bag Lunch Seminar, UCLA-NPI, February 10 and 17, 2005.

Symposium speaker, "Keeping ahead of the mild traumatic brain injury case," Association of Southern California Defense Counsel, March 3, 2005.

Lecturer, "Detection of noncredible cognitive symptoms," Department of Behavioral Sciences, Kaiser Permanente – Sunset, April 11, 2005.

Conference Speaker, "Brain Injury and Legal Ramifications in Death Penalty Cases," Southern California Chapter Meeting of American Academy of Psychiatry and the Law, June 25, 2005.

Speaker, "Detection of Noncredible Cognitive Symptoms," King-Drew Medical Center, Department of Psychiatry Grand Rounds, June 28, 2005.

Full-day Workshop presenter, "The application of neuropsychology data to challenging clinical cases," Los Angeles County Department of Mental Health, October 28, 2005.

Full-day Workshop presenter, "Detection of noncredible cognitive symptoms in neuropsychological assessment," Rosemead School of Psychology, November 12, 2005.

Speaker (with David Stone, M.D.), "The interface between malingering and somatoform conditions," UCLA Psychosomatic Medicine Interest Group, January 24, 2006.

Lecturer:  "The detection of noncredible cognitive symptoms," Harbor-UCLA Neurology Grand Rounds, March 3, 2006.

Lecturer, "Detection of noncredible cognitive symptoms," Department of Behavioral Sciences, Kaiser Permanente – Sunset, April 17, 2006.

Lecturer, "Detection of noncredible cognitive symptoms," UCLA Semel Institute Grand Rounds, June 13, 2006.

Workshop Speaker, "Assessment of Effort:  Further evolution," American Academy of Clinical Neuropsychology, 4th Annual Conference: "Excellence in Clinical Practice", June 15, 2006.

Lecturer, "Detection of noncredible cognitive symptoms," Patton State Hospital, August 16, 2006.

Lecturer, "Detection of noncredible cognitive symptoms," Psychiatry Grand Rounds, Harbor-UCLA Medical Center, February 6, 2007.

Lecturer, "The effect of depression on cognitive ability:  Does pseudodementia exist?", Neurology Grand Rounds, Harbor-UCLA Medical Center, April 27, 2007.

Workshop presenter:  "Matters of import in forensic neuropsychology:  Can a panel of experts agree?", American Academy of Clinical Neuropsychology 5th Annual Conference:  "Excellence in Clinical Practice," June 7, 2007.

Workshop presenter:  "Women as expert witnesses in forensic neuropsychology", American Academy of Clinical Neuropsychology 5th Annual Conference:  "Excellence in Clinical Practice," June 8, 2007

Speaker:  "How to objectively establish embellishment, exaggeration and frank malingering in cases motivated by monetary benefits."  Hawaii Claim Association, Inc., Annual Seminar, Honolulu, September 21, 2007.

Lecturer, "The detection of noncredible cognitive symptoms," Neuropsychology Seminar, Olive View Hospital Department of Psychiatry, October 15, 2007

Lecturer, " Frontotemporal Lobar Degeneration," Clinical Interventions – Gerontology Course, Fuller Psychology Graduate School, October 16, 2007.

Panel member, "Forensic Grand Rounds," National Academy of Neuropsychology, Phoenix, November 17, 2007.

Lecturer, "Detection of Malingering," Psychiatry Department – Neuropsychology Program, Olive View Medical Center, December 10, 2007

Lecturer, "Frontotemporal Dementia," Psychiatry Department – Neuropsychology Program, Olive View Medical Center, January 7, 2008.

Conference presenter, "Advances in the assessment of noncredible cognitive performance," 18th Annual Nelson Butters' West Coast Neuropsychology Conference, San Diego, April 6, 2008.

Conference presenter, "Malingering and somatoform issues in neuropsychology:  Current knowledge and future diagnostic considerations," Northern California Neuropsychology Forum, San Francisco, June 7, 2008.

Lecturer, "Detection of noncredible cognitive performance in neuropsychological testing," Napa State Hospital, July 11, 2008.

Lecturer, "Detection of noncredible cognitive performance in neuropsychological testing," Harbor-UCLA Neuropsychology Service, April 16, 2009.

Lecturer, "Research on detection of feigned cognitive symptoms," Psychology Department, California State University Dominguez Hills, April 17, 2009.

Workshop presenter, "Using the MMPI-2 in personal injury litigation," MMPI-2, MMPI-2-RF and MMPI-A Workshops and 44th Annual Symposium, Minneapolis, May 28, 2009.

Workshop presenter, "MMPI-2 Forensic Cases," MMPI-2, MMPI-2-RF and MMPI-A Workshops and 44th Annual Symposium, Minneapolis, May 28, 2009.

Workshop presenter, "Case studies:  Neuropsychological evaluation setting," MMPI-2, MMPI-2-RF and MMPI-A Workshops and 44th Annual Symposium, Minneapolis, May 29, 2009.

Workshop presenter, "Mock depositions and cross examination of experienced neuropsychologist experts," American Academy of Clinical Neuropsychology 7th annual conference, San Diego, June 19, 2009.

Workshop presenter, "Use of the MMPI-2 instruments in neuropsychological evaluations," American Academy of Clinical Neuropsychology 7th annual conference, San Diego, June 20, 2009.

Conference speaker, "Forensic issues for individuals with X and Y chromosome variations," 2009 Families' Conference for X and Y Chromosome Variations, Los Angeles, July 26, 2009.

Workshop presenter, "Assessment of effort:  Further evolution,"  California School of Forensic Studies, Sacramento campus, December 3, 2009.

Lecturer, "Forensic practice in clinical neuropsychology," Psychiatry Department – Neuropsychology Service, Olive View-UCLA Medical Center, December 10, 2009.

Lecturer, "Detection of feigned cognitive impairment in mild traumatic brain injury, fibromyalgia, chronic fatigue syndrome, toxic exposure, and depression," Department of Neurology, Harbor-UCLA Medical Center, December 11, 2009.

Panelist, "How to get involved in the peer review process," Women in Neuropsychology, International Neuropsychological Society Annual meeting, February 3, 2010, Acapulco.

Workshop Presenter, "Assessment of response bias:  Further evolution", Neuropsychology Service, Tripler Army Medical Center, May 20 and 21, 2010.

Invited Address:  "Need for continuous and comprehensive assessment of response bias," American Psychological Association (Division 40), August 14, 2010.

Continuing Education Workshop Presenter:  "Evidence Based Approach to Disentangling Malingering from Somatization and Factitious Disorder," National Academy of Neuropsychology, October 14, 2010.

Panelist:  "Forensic Grand Rounds,"  National Academy of Neurpsychology, October 15, 2010.

Guest Speaker:  "Embedded measures of effort:  Contributions of Fuller Psychology students," Fuller Psychology Graduate School, November 22, 2010.

Workshop Presenter:  "Six Major Flaws in Neuropsychological Medical-Legal Reports," 39th annual meeting, International Neuropsychological Society, February 2, 2011.

Guest Speaker:  "Detection of Noncredible Cognitive Symptoms:  Further evolution," Neuropsychology Service, Harbor-UCLA Medical Center, February 8, 2011.

Guest Speaker:  "Testing for Suspect Effort in a Cognitive Evaluation," Association of Test Publishers: Innovations in Testing, Phoenix, March 2, 2011.

Workshop Presenter:  "Assessment of Response Bias:  Further Evolution," Walter Reed Army Medical Center Psychology Program, March 31 and April 1, 2011.

Guest Speaker:  "Somatization in Neuropsychology," Harbor-UCLA Medical Center, Neuropsychology Service, May 5, 2011.

Invited Speaker:  "Diagnostic frameworks in the assessment of noncredible symptoms," The Second European Symposium on Symptom Validity Assessment, London, May 20, 2011.

Invited Speaker:  "Embedded symptom validity indicators and recommendation for using multiple symptom validity indicators," The Second European Symposium on Symptom Validity Assessment, London, May 20, 2011.

Workshop Presenter: "The quest for continuous measurement of response bias: update on use of embedded effort indicators, "9th Annual Conference of the American Academy of Clinical Neuropsychology, Washington, D.C., June 11, 2011.

Workshop Presenter: "Diagnosis and treatment of somatization and somatoform spectrum illness," Cedars Sinai Department of Psychiatry and Behavioral Science and the Department of Rehabilitation, Los Angeles, June 13, 2011.

Panel Member: "Forensic Grand Rounds," National Academy of Neuropsychology, Marco Island, Florida, November 17, 2011.

Invited Lecturer: "The Controversy over Mild Traumatic Brain Injury," California School of Professional Psychology (Psy.D. program, Health Emphasis), Los Angeles, April 12, 2012.

Guest Speaker: "Detection of Noncredible Cognitive Symptoms: Further evolution," Neuropsychology Service, Harbor-UCLA Medical Center, May 24, 2012.

Guest Speaker: "Somatization in Neuropsychology," Harbor-UCLA Medical Center, Neuropsychology Service, May 31, 2012.

Invited Speaker: "Use of Personality Measures in Detection of Noncredible Symptom Report in the Forensic Neuropsychological Exam," American Psychological Association, Orlando, Florida, August 2, 2012.

Invited Speaker: "Use of Personality Measures in Detection of Noncredible Symptom Report in the Forensic Neuropsychological Exam," San Diego Psychological Association (Neuropsychology Committee), October 27, 2012.

Workshop Presenter: "The Quest for Continuous Measurement of Response Bias: Selection and Use of Multiple Performance Validity Tests (PVTs)," National Academy of Neuropsychology, Nashville, Tennessee, November 8, 2012.

Guest Speaker: "Detection of Noncredible Cognitive Symptoms: Further evolution," Neuropsychology Service, Harbor-UCLA Medical Center, April 28, 2013.

Guest Speaker: "Detection of Noncredible Cognitive Symptoms," Psychology Department, School of Psychology, Fuller Theological Seminary, April 22, 2013.

Guest Speaker: "Neuropsychology," Bryan R. Shechmeister Death Penalty College, Santa Clara University School of Law, August 6, 2013.

Workshop Presenter: "The Quest for Continuous Measurement of Response Bias: Selection and Use of Multiple Performance Validity Measures," Australian Psychological Society Clinical Neuropsychology Conference, October 3, 2013, Brisbane.

Keynote Address: "Six Major Flaws in Neuropsychological and Psychodiagnostic Reports," Australian Psychological Society Clinical Neuropsychology Conference, October 5, 2013, Brisbane.

Panel Discussant: "Forensic Grand Rounds," Australian Psychological Society Clinical Neuropsychology Conference, October 5, 2013, Brisbane.

Speaker: "Selection and Interpretation of Performance Validity Tests," National Association of Psychometrists, October 19, 2013, San Diego.

Conference Speaker: "Multicultural Issues in the interpretation of neurocognitive performance validity measures," Alliant International University Multicultural Neuropsychology Conference, April 12, 2014.

Speaker: "Six Major Flaws in Medical-Legal Neuropsychological Reports," Bridgeport Continuing Education Webinar, May 2, 2014.

Guest Speaker: "Somatization in Neuropsychology," Neuropsychology Service, Harbor-UCLA Medical Center, June 5, 2014.

Panel Member: "Overview of symptom validity testing and performance validity testing in the context of psychological testing," Institute of Medicine of the National Academies, Workshop on Psychological Testing, Including Symptom Validity Testing, for Social Security Administration Disability Determinations, June 25, 2014.

Guest Speakers: "Current practices in detection of malingered cognitive complaints," Psychiatry Grand Rounds, Harbor-UCLA Medical Center, November 4, 2014.

Guest Speaker: "Seven common flaws and ethical considerations in forensic neuropsychological reports," Pacific Northwest Neuropsychological Society, May 11, 2015.

Workshop Presenter: "Forensic Grand Rounds: Somatoform or Malingering?", 13th Annual American Academy of Clinical Neuropsychology Conference, San Francisco, June 19, 2015.

Invited Speaker: "Detection of Feigned Cognitive Symptoms," UCSF Memory and Aging Center, San Francisco, September 11, 2015.

Workshop Presenter: "Performance Validity Testing in At-Risk Populations," National Academy of Neuropsychology annual conference, Austin, November 5, 2015.

## AWARDS

Award presented for exemplary training by the Psychological Services Development Committee, County of Los Angeles - Department of Mental Health, November 17, 1999.

Honored Alumnus Address, Psychology Department, Loma Linda University - La Sierra campus, March 16, 2000.

Award presented for training, Fuller Theological Seminary, Graduate School of Psychology, February 6, 2004.

"Psychologist of the Year," County of Los Angeles, Department of Mental Health, November 18, 2004.

## BIBLIOGRAPHY

### BOOKS AND BOOK CHAPTERS

1. Orsini, D. L., Van Gorp, W., & Boone, K. B. (1988). *Neuropsychology Casebook*. New York: Springer-Verlag.

2. Boone, K. B. (1999). "Clinical neuropsychological assessment of executive functions: impact of age, education, gender, intellectual level, and vascular status on executive test scores." In Miller, B. L., & Cummings, J. L. (Eds), *The Frontal Lobes*. New York: Guilford Press.

3. Mitrushina, M., Boone, K. B., & D'Elia, L. F. (1999). *Handbook of Normative Data for Neuropsychological Assessment*. New York: Oxford University Press.

4. Boone, K. B., & Lu, P. (2000). "Gender effects in neuropsychological assessment." In Fletcher-Janzen. E., Strickland, T. R., & Reynolds, C.R. (Eds), *Handbook of Cross-Cultural Neuropsychology*. New York: Plenum.

5. Boone, K. B. (2000). "Neuropsychological Assessment." In Kaplan, H. I. & Sadock, B. J. (Eds), *Comprehensive Textbook of Psychiatry/VII*. New York: Williams & Wilkins (2000).

6. Geschwind, D. H., & Boone, K. (in press). "Klinefelter's syndrome: a genetic model for learning disabilities in the verbal and frontal-attentional domains." In Duane, D. D. (Ed), *Reading and Attention Disorders: Neurobiological Correlates*. Timonium, Maryland: York Press, Inc.

17

7.   Boone, K. B. (2005).  "Feigned cognitive symptoms in alleged toxic exposure:  Like father, like son."  In Heilbronner, R. L. (Ed)., *A Forensic Neuropsychology Casebook*.  New York:  Guilford Press.

8.   Boone, K. B. (2005).  "Neuropsychological Assessment."  In Sadock, B. J., & Sadock, V. A. (Eds), *Comprehensive Textbook of Psychiatry/VIII*.  New York:  Williams & Wilkins.

9.   Mitrushina, M., Boone, K. B., Razani, J., & D'Elia, L. B. (2005).  *Handbook of Normative Data for Neuropsychological Assessment (2nd edition)*.  New York:  Oxford University Press.

10.  Flaro, L., & Boone, K. (2009).  "Using objective effort measures to detect noncredible cognitive test performance in children and adolescents."  In Morgan, J. E., & Sweet, J. J. (Eds.), *The Neuropsychology of malingering casebook*.  New York:  Psychology Press (pp. 369-376).

11.  Boone, K. B. (Editor) (2007).  *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

12.  Stone, D. C., & Boone, K. B. (2007).  "Feigning of physical, psychiatric, and cognitive symptoms:  Examples from history, the arts, and animal behavior."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

13.  Boone, K. B. (2007).  "A reconsideration of the Slick et al. (1999) criteria for malingered neurocognitive dysfunction."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

14.  Babikian, T., & Boone, K. B. (2007).  "Intelligence measures as effort indicators."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

15.  Lu, P. H., Rogers, S. A., & Boone, K. B. (2007).  "Use of standard memory tests to detect suspect effort."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

16.  Arnold, G., & Boone, K. B. (2007).  "Use of motor and sensory tests as effort measures."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

17.  Goldberg, H., Back-Madruga, C., & Boone, K. B. (2007).  "The Impact of psychiatric disorders on cognitive symptom validity test scores."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

18.  Victor, T. L., & Boone, K. B. (2007).  "Identification of Feigned Mental Retardation**."**  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

19.  Alfano, K., & Boone, K. B. (2007).  "The Use of Effort Tests in the Context of Actual Versus Feigned Attention Deficit Hyperactivity Disorder and Learning Disability."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

20.  Salazar, X. F., Lu, P. H., Wen, J., & Boone, K. B. (2007).  "The Use of Effort Tests in Ethnic Minorities and in Non-English Speaking and English as a Second Language Populations."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

21.  Rohling, M. L., & Boone, K. B. (2007).  "Future Directions in the Assessment of Noncredible Cognitive Symptoms."  In Boone, K. B. (Ed.), *Assessment of Feigned Cognitive Impairment:  A Neuropsychological Perspective*.  New York:  Guilford Press.

22.  Boone, K. B., & Lu, P. (2007).  "Non-forced Choice Effort Measures,"  In Larrabee, G. (Ed.), *Assessment of Malingered Neuropsychological Deficits*.  New York:  Oxford University Press.

18

23.  Boone, K. B. (2011).  "Somatoform Disorders, Factitious disorder, and Malingering," in Schoenberg, M. (Ed.), *The Little Black Book of Neuropsychology:  A Syndrome-based Approach.*  New York:  Springer.

24.  Victor, T.L., Kulick, A.D. & Boone, K.B. (2013).  Assessing noncredible attention, processing speed, language and visuospatial/perceptual function in mild TBI cases.  In D.A. Carone & S.S. Bush (Eds.), *Mild Traumatic Brain Injury:  Symptom Validity Assessment and Malingering.*  New York:  Springer Publishing Company.

25.  Victor, T.L., Kulick, A.D. & Boone, K.B. (2013).  Assessing noncredible sensory-motor function, executive function, and test batteries in mild TBI cases. In D.A. Carone & S.S. Bush (Eds.), *Mild Traumatic Brain Injury:  Symptom Validity Assessment and Malingering.*  New York:  Springer Publishing Company.

26.  Boone, K. B. (2013).  *Clinical Practice of Forensic Neuropsychology:  An Evidence-based Approach."*  New York:  Guilford Press.

27.  Cottingham, M. E., & Boone, K. B. (2014). Malingering in mild traumatic brain injury. In M. Sherer & A. Sander (Eds.). Handbook on the neuropsychology of traumatic brain injury. New York: Springer.

28.  Ziegler, E. A., & Boone, K. B. (2013).  "Symptom invalidity on neuropsychological testing," in Arnett, P. (Ed.), Secondary influences on neuropsychological test performance.  New York:  Oxford University Press.

*29.*  Ermshar, A. L., & Boone, K. B. (in press).  "The role of the frontal lobes in anti-social and aggressive Behavior:  Review of research and legal Implications."  In B. L. Miller & J. L. Cummings (Eds.), *The Frontal Lobes (3rd edition).*  New York:  Gilford Press.

*30.*  Boone, K. B. (in press).  "Forensic neuropsychology." R. Rosen & C. Scott (Eds.) Principles and practice of forensic psychiatry (3rd ed.).   Oxfordshire, UK:  Taylor and Francis.

## TESTS

1.  Boone, K. B., Lu, P., & Herzberg, D. (2002).  *The b Test* .  Los Angeles:  Western Psychological Services.

2.  Boone, K. B., Lu, P., & Herzberg, D. (2002).  *Rey Dot Counting Test.*  Los Angeles:  Western Psychological Services.

## INVITED REVIEWS

1.  Boone, K. B. (2000). "The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: A Review," *Journal of Clinical and Experimental Neuropsychology, 22,* 430-432.

2.  Boone, K. B. (2002). "Thumbs down on these rules of thumb: A review of *Neuropsychological Interpretations of Objective Psychological Tests," Journal of the International Neuropsychological Society, 8,* 477-479.

3.  Boone, K.B. (2007). "Commentary on 'Cogniform disorder and cogniform condition:  Proposed diagnoses for excessive cognitive symptoms'," *Archives of Clinical Neuropsychology, 22,* 675-680.

4.  Boone, K. B. (2008).  Book Review:  "Understanding Somatization in the Practice of Clinical Neuropsychology, Greg J. Lamberty," *Archives of Clinical Neuropsychology.*

5. Boone, K. B. (2012). "Clarification or Confusion: Review of Rogers, Bender, and Johnson's *A Critical Analysis of the MND Criteria for Feigned Cognitive Impairment: Implications for Forensic Research and Practice,*" *Psychological Injury and the Law.*

## LETTERS TO THE EDITOR

1. Victor, T. L., Boone, K. B., & Kulick, A. D. (2010).    "My head hurts just thinking about it: Letter to the Editor", *Journal of the International Neuropsychological Society.*

## PEER-REVIEWED RESEARCH PAPERS

1. Lesser, I. M., Miller, B. L., Boone, K., & Lowe, C. (1987).  "Delusions and Histamine H2 Receptor Antagonist Treatment," *Psychosomatics, 28,* 501-502.

2. Boone, K. B., Miller, B., Rosenberg, L., Durazo, A., McIntyre, H., & Weil, M. (1988) "Neuropsychological and Behavioral Abnormalities in an Adolescent with Frontal Lobe Seizures," *Neurology, 38,* 583-586.

3. Miller, B., Lesser, I., Boone, K., Goldberg, M., Mehringer, M., Hill, B., & Miller, M. (1989). "Brain White Matter Lesions and Psychosis," *British Journal of Psychiatry, 155,* 73-78.

4. Boone, K. B., & Rausch, R. (1989).  "Seashore Rhythm Test Performance in Patients with Unilateral Temporal Lobe Damage," *Journal of Clinical Psychology, 45,* 614-618.

5. Boone, K. B., D'Elia, L., & Hill, E. (1988). "Performance on Frontal Lobe Tests in Normal Elderly," *Bulletin of Clinical Neurosciences, 53,* 32-34.

6. Giombetti, R. J., Miller, B. L., Daly, J. A., Garrett, K., Boone, K., Kneisley, L., Villanueva-Meyer, J., & Mena, I. (1989). "Sleep apnea, neuropsychological deficits, and cerebral blood flow changes," *Bulletin of Clinical Neurosciences, 54,* 133-136.

7. Lesser, I., Miller, B., Boone, K., Hill-Gutierrez, E., & Mena, I. (1989). "Psychosis as the first manifestation of degenerative dementia," *Bulletin of Clinical Neurosciences, 54,* 59-63.

8. Grewal, R., Miller, B. L., Mena, I., Boone, K., Garrett, K., & Mody, C.  (1989). "Associative Visual Agnosia Secondary to an Arteriovenous Malformation," *Behavioral Neurology, 2,* 135-142.

9. Boone, K., Miller, B., Lesser, I., Hill, E., & D'Elia, L. (1990).  "Performance on frontal lobe tests in healthy older individuals," *Developmental Neuropsychology, 6,* 215-223.

10. Lesser, I., Miller, B., Boone, K., Hill-Gutierrez, E., Mehringer, M., Wong, K., & Mena, I. (1991). "Brain injury and cognitive function in late-onset psychotic depression," *Journal of Neuropsychiatry and Clinical Neurosciences, 3,* 33-40.

11. Miller, B., Lesser, I., Boone, K., Hill, E., Mehringer, M., & Wong, K. (1991). "Brain lesions and cognitive function in late-life psychosis," *British Journal of Psychiatry, 158,* 76-82.

12. Boone, K., Ananth, J., Philpott, L., Kaur, A., & Djenderedjian, A. (1991). "Neuropsychological characteristics of nondepressed adults with obsessive compulsive disorder," *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 4,* 96-109.

13. Rausch, R., Boone, K., & Ary, C. (1991).  "Right-hemisphere language dominance in temporal lobe epilepsy:  clinical and neuropsychological correlates," *Journal of Clinical and Experimental Neuropsychology, 13,* 217-231.

14. Martin, D., Oren, K., & Boone, K.  (1991). "Major Depressives' and Dysthymics' performance on the Wisconsin Card Sorting Test," *Journal of Clinical Psychology, 47,* 684-690.

15. Miller, B. L., Cummings, J. L., Villanueva-Meyer, J., Boone, K., Mehringer, C. M., Lesser, I. M., & Mena, I. (1991).  "Frontal lobe degeneration; clinical, neuropsychological and SPECT characteristics," *Neurology, 41,* 1374-1382.

16.  Miller, B. L., Lesser, I. M., Mena, I., Villanueva-Meyer, J., Hill-Gutierrez, E., Boone, K., & Mehringer, C.M. (1992). "Regional cerebral blood flow in late-life-onset psychosis," *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 5*, 132-137.

17.  Boone K.B., Miller B.M., Lesser I.M., Mehringer C.M., Hill-Gutierrez E., Berman N. "Neuropsychological correlates of white matter lesions in normal elderly:  a threshold effect," *Archives of Neurology, 49*:549-554 (1992).

18.  Lesser, I. M., Jeste, D., Boone, K. B., Harris, M. J., Miller, B. L., Heaton, R. K., & Hill-Gutierrez, E. (1992). "Late-onset psychotic disorder, not otherwise specified (NOS):  clinical, neuropsychological and neuroimaging findings," *Biological Psychiatry, 31*, 419-423.

19.  Boone, K. B., Lesser, I. M., Hill-Gutierrez, E., Berman, N. G., & D'Elia, L. F. (1993). "Rey-Osterrieth Complex Figure performance in healthy, older adults:  relationship to age, education, sex, and IQ," *Clinical Neuropsychologist, 7*, 22-28.

20.  Boone, K. B., Ghaffarian, S., Lesser, I. M., Hill-Gutierrez, E., & Berman, N. (1993). "Wisconsin Card Sorting Test Performance in healthy, older adults:  relationships to age, sex, education, and IQ," *Journal of Clinical Psychology, 49*, 54-60.

21.  Lesser, I. M., Hill-Gutierrez, E., Miller, B. L., & Boone, K. B. (1993).  "Late-onset depression with white matter lesions," *Psychosomatics, 34*, 364-367.

22.  Boone, K. B., Miller, B. L., & Lesser, I. M. (1993).  "Frontal lobe cognitive functions in aging:  methodologic considerations," *Dementia, 4*, 232-236.

23.  Miller, B. L., Chang, L., Mena, I., Boone, K., & Lesser, I. M. (1993). "Progressive right fronto-temporal degeneration:  clinical, neuropsychological and SPECT characteristics," *Dementia, 4*, 204-213.

24.  Chang, L., Anderson, T., Migneco, O. A., Boone, K., Mehringer, C. M., Villanueva-Meyer, J., Berman, N., & Mena, I. (1993).  "Cerebral abnormalities in myotonic dystrophy," *Archives of Neurology, 50*, 917-923.

25.  Lesser, I. M., Miller, B. L., Swartz, J. R., Boone, K. B., Mehringer, C. M., &  Mena, I. (1993). "Brain imaging in late-life schizophrenia and related psychosis," *Schizophrenia Bulletin, 19*, 773-782.

26.  Berry, J., van Gorp, W. G., Herzberg, D. S., Hinkin, C., Boone, K., Steinman, L., & Wilkins, J. N. (1993).  Neuropsychological deficits in abstinent cocaine abusers:  preliminary findings after two weeks of abstinence," *Drug and Alcohol Dependence, 32*, 231-237.

27.  Boone, K. B., Lesser, I. M., Miller, B. L., Wohl, M., Berman, N., Lee, A., & Palmer, B. (1994). "Cognitive functioning in a mildly to moderately depressed geriatric sample:  relationship to chronological age," *Journal of Neuropsychiatry and Clinical Neurosciences, 6*, 267-272.

28.  Wohl, M. A., Mehringer, C. M., Lesser, I. M., Boone, K. B., &  Miller, B. L. (1994). "White matter hyperintensities in healthy older adults:  a longitudinal study," *International Journal of Geriatric Psychiatry, 9*, 273-277.

29.  Palmer, B. W., Boone, K. B., Chang, L., Lee, A., & Black, S. (1994).  "Cognitive deficits and personality patterns in maternally versus paternally inherited myotonic dystrophy," *Journal of Clinical and Experimental Neuropsychology, 16*, 784-795.

30.  Lesser, I. M., Mena, I., Boone, K. B., Miller, B. L., Mehringer, C. M., & Wohl, M. (1994). "Reduction of cerebral blood flow in older depressed patients," *Archives of General Psychiatry, 51*, 677-686.

31.  Chang, L., Anderson, T., Boone, K., Berman, N., & Mena, I. (1994).  "In reply to cerebral abnormalities in myotonic dystrophy," *Archives of Neurology, 51*, 850-851.

32. Rasgon, N., Ananth, J., Mena, I., Krout, B., & Boone, K. (1994). Agenesis of corpus callosum and dementia of the Alzheimer's type: a review and case report. *Canadian Journal of Psychiatry, 39*, 429-432.

33. Palmer, B. W., Boone, K. B., Allman, L., & Castro, D. (1995). "Co-occurrence of brain lesions and cognitive deficit exaggeration," *The Clinical Neuropsychologist, 9*, 68-73.

34. Swartz, J. R., Lesser, I. M., Boone, K. B., Miller, B. L., & Mena, I. (1995). "Cerebral blood flow changes in normal aging: SPECT measurements," *International Journal of Geriatric Psychiatry, 10*, 437-446.

35. Boone, K. B., Savodnik, I., Ghaffarian, S., Lee, A., Freeman, D., & Berman, N. (1995). "Rey 15-item Memorization and Dot Counting scores in a 'Stress' claim Worker's Compensation population: Relationship to personality (MCMI) scores," *Journal of Clinical Psychology, 51*, 457-463.

36. Boone, K. B., Lesser, I. M., Miller, B. L., Wohl, M., Berman, N., Lee, A., Palmer, B., & Back, C. (1995). "Cognitive functioning in older depressed outpatients: relationship of presence and severity of depression to neuropsychological scores," *Neuropsychology, 9*, 390-398.

37. Silva, J. A., Leong, G. B., Lesser, I. M., & Boone, K. B. (1995). "Bilateral cerebral pathology and the genesis of delusional misidentification," *Canadian Journal of Psychiatry, 40*, 498-499.

38. Grob, C. S., McKenna, D. J., Callaway, J. C., Brito, G. S., Neves, E. S., Oberlaender, G., Saide, O. L., Labigalini, E., Tacla, C., Miranda, C. T., Strassman, R. J., & Boone, K. B. (1996). "Human psychopharmacology of Hoasca, a plant hallucinaogen used in ritual context in Brazil," *Journal of Nervous and Mental Disease, 184*, 86-94.

39. Pachana, N. A., Boone, K. B., Miller, B. L., Cummings, J. L., & Berman, N. (1996). "Comparison of neuropsychological functioning in Alzheimer's disease and fronto-temporal dementia, *Journal of the International Neuropsychological Society, 2*, 505-510.

40. Palmer, B. W., Boone, K. B., Lesser, I. M., & Wohl, M. (1996). "Neuropsychological deficits among older depressed patients with predominantly psychological or vegetative symptoms," *Journal of Affective Disorders, 41*, 17-24.

41. Back, C., Boone, K. B., Edwards, C., Parks, C., Burgoyne, K., & Silver, B. (1996). "The performance of schizophrenics on three cognitive tests of malingering: Rey 15-item, Rey Dot Counting, and Forced Choice method," *Assessment, 3*, 449-458.

42. Lesser, I. M., Boone, K. B., Mehringer, C. M., Wohl, M., Miller, B. L., & Berman, N. (1996). "Cognition and white matter hyperintensities in older depressed patients," *American Journal of Psychiatry, 153*, 1280-1287.

43. Edwards-Lee, T., Miller, B. L., Benson, D. F., Cummings, J. L., Russell, G. L., Boone, K., & Mena, I. (1997). "The temporal variant of frontotemporal dementia." *Brain, 120*, 1017-1040.

44. Miller, B. L., Ikonte, C., Ponton, M., Levy, M., Boone, K., Darby, A., Berman, N., Mena, I., & Cummings, J. L. (1997). "A study of the Lund-Manchester Research Criteria for Frontotemporal Dementia: Clinical and SPECT correlations." *Neurology, 48*, 937-942.

45. Poland, R. E., McCracken, J. T., Lutchmansingh, P., Lesser, I. M., Tondo, L., Edwards, C., Boone, K. B., & Lin, K. M. (1997). "Differential response of REM sleep to cholinergic blockade by scopolamine in currently depressed, remitted depressives and normal control subjects." *Biological Psychiatry, 41*, 929-938.

46. Poland, R. E., Lutchmansingh, P., McCracken, J. T., Zhao, J. P., Brammer, G. L., Grob, C. S., Boone, K. B., & Pechnick, R. N. (1997). "Abnormal ACTH and prolactin responses to fenfluramine in rats exposed to single and multiple doses of MDMA." *Psychopharmacology, 131*, 411-419.

47. Boone, K. B., Ponton, M. O., Gorsuch, R. L., Gonzalez, J. J., & Miller, B. L. (1998). "Factor analysis of four measures of prefrontal lobe functioning," *Archives of Clinical Neuropsychology, 13*, 585-595.

48. Palmer, B. W., Boone, K. B., Lesser, I. M., & Wohl, M. A. (1998). "Base rates of 'impaired' neuropsychological test performance among normal older adults," *Archives of Clinical Neuropsychology, 13*, 503-512.

49. Pachana, N. A., Boone, K. B., & Ganzell, S. (1998). "False positive errors on selected tests of malingering, *American Journal of Forensic Psychology, 16*, 17-25.

50. Geschwind, D. H., Gregg, J., Boone, K., Karrim, J., Pawlikowska-Haddal, A., Rao, E., Ellison, J., Ciccodicola, A., D'Urso, M., Woods, R., Rappold, G. A., Swerdloff, R., & Nelson, S. F. (1998). "Klinefelter's Syndrome as a model of anomalous cerebral laterality: testing gene dosage in the X chromosome pseudoautosomal region using a DNA microarray," *Developmental Genetics, 0*, 1-16.

51. Miller, B. L., Cummings, J., Mishkin, F., Boone, K., Prince, F., Ponton, M., & Cotman, C. (1998). "Emergence of artistic talent in frontotemporal dementia," *Neurology, 51*, 978-982.

52. Neary, D., Snowden, J. S., Gustafson, L., Passant, U., Stuss, D., Black, S., Freedman, M., Kertesz, A., Robert, P. H., Albert, M., Boone, K., Miller, B. L., Cummings, J., & Benson, D. F. (1998). "Frontotemporal lobar degeneration: a consensus on clinical diagnostic criteria," *Neurology, 51*, 1546-1554.

53. Boone, K. B., & Lu, P. (1999). "The impact of somatoform symptomatology on credibility of cognitive performance," *The Clinical Neuropsychologist, 13*, 414-419.

54. Boone, K. B., Miller, B. L., Lee, A., Berman, N., Sherman, D., & Stuss, D. (1999). "Neuropsychological patterns in right versus left frontotemporal dementia," *Journal of the International Neuropsychological Society, 5*,616-622.

55. Waltz, J. A., Knowlton, B. J., Holyoak, K. J., Boone, K. B., Mishkin, F. S., de Menezes Santos, M., Thomas, C. R., & Miller, B. L. (1999). "A system for relational reasoning in human prefrontal cortex," *Psychological Science, 10*,119-125.

56. Miller, B. L., Boone, K., Geschwind, D., & Wilhelmsen, K. (1999). Pick's disease and frontotemporal dementia: emerging clinical and molecular concepts. *The Neurologist, 5*205-5212.

57. Boone, K. B., Lu, P., Sherman, D., Palmer, B., Back, C., Shemieh, E., Warner-Chacon, K., & Berman, N. (2000). "Validation of a new technique to detect malingering of cognitive symptoms: the b Test," *Archives of Clinical Neuropsychology, 15*, 227-242.

58. Lee, A., Boone, K. B., Lesser, I., & Wohl, M. (2000). "Performance of older depressed patients on two cognitive malingering tests: false positive rates for the Rey 15-item Memorization and Dot Counting Tests," *The Clinical Neuropsychologist, 14*, 303-308.

59. Miller, B. L., Boone, K., Cummings, J., Read, S. L., & Mishkin, F. (2000). Functional correlates of musical and visual talent in frontotemporal dementia. *British Journal of Psychiatry, 176*, 412-413.

60. Lindau, M., Miller, B. L., Kushi, J., Boone, K., Johansson, S. E., Almkvist, O., Wahlund, L. O., & Cummings, J. (2000). First symptoms: frontotemporal dementia versus Alzheimer's disease. *Dementia and Geriatric Cognitive Disorders, 11*, 286-293.

61. Boone, K. B., Swerdloff, R. S., Miller, B. L., Geschwind, D. H., Razani, J., Lee, A., Gaw Gonzalo, I., Haddal, A., Rankin, K., Lu, P., & Paul, L. (2001). "Neuropsychological profiles of adults with Klinefelter Syndrome," *Journal of the International Neuropsychological Society, 7*, 446-456.

62. Geschwind, D. H., Boone, K. B., Miller, B. L., & Swerdloff, R. S. (2000). "The neurobehavioral phenotype of Klinefelter Syndrome," *Mental Retardation and Developmental Disabilities Research Reviews, 6*, 107-116.

63. Razani, J., Boone, K. B., Miller, B. L., Lee, A., & Sherman, D. (2001). "Neuropsychological performance of right- and left-frontotemporal dementia compared to Alzheimer's Disease," *Journal of the International Neuropsychological society, 7,* 468-480.

64. Miller, B. L., Seeley, W. W., Mychack, P., Rosen, H. J., Mena, I., & Boone, K. (2001). "Neuroanatomy of the self: evidence from patients with frontotemporal dementia," *Neurology, 57,* 817-821.

65. Reger, M., Welsh, R., Razani, J., Martin, D. J., & Boone, K. B. (2002) "A meta-analysis of the neuropsychological sequelae of HIV infection," *Journal of the International Neuropsychological Society, 8,* 410-424.

66. Boone, K. B., Lu, P., Back, C., King, C., Lee, A., Philpott, L., Shamieh, E., & Warner-Chacon. K. (2002). "Sensitivity and specificity of the Rey Dot Counting Test in patients with suspect effort and various clinical samples," *Archives of Clinical Neuropsychology, 17,* 625-642.

67. Mychack, P., Kramer, J. H., Boone, K. B., & Miller, B. L. (2001). "The influence of right frontotemporal dysfunction on social behavior in FTD," *Neurology, 56,* S11-5.

68. Lu, P., & Boone, K. (2002). "Suspect cognitive symptoms in a 9-year-old child: Malingering by proxy?", *The Clinical Neuropsychologist, 16,* 90-96.

69. Boone, K. B., Salazar, X., Lu, P., Warner-Chacon, K., & Razani, J. (2002). "The Rey 15-item Recognition Trial: A technique to enhance sensitivity of the Rey 15-item Memorization Test," *Journal of Clinical and Experimental Neuropsychology, 24,* 561-573.

70. Chow, T. W., Miller, B. L., Boone, K., Mishkin, F., & Cummings, J. (2002). "Frontotemporal dementia classification and neuropsychiatry," *The Neurologist, 8,* 263-269.

71. Ernst, T., Chang, L., Cooray, D., Salvador, C., Jovicich, J., Walot, I., Boone, K., & Chlebowski, R. (2002) "The effects of tamoxifen and estrogen on brain metabolism in elderly women," *Journal of the National Cancer Institute, 94,* 592-597.

72. Rosen, H. J., Hartikainen, K., Jagust, W., Kramer, J. H., Reed, B. R., Cummings, J. L., Boone , K., Ellis, W., Miller, C., & Miller, B. L. (2002). "Utility of clinical criteria in differentiating frontotemporal dementia from Alzheimer's disease," *Neurology, 58, 1608-1615.*

73. Sherman, D. S., Boone, K. B., Lu, P., & Razani, J. (2002). Re-examination of a Rey Auditory Verbal Learning Test/Rey Complex Figure discriminant function to detect suboptimal effort. *The Clinical Neuropsychologist, 16,* 242-250.

74. Back-Madruga, C., Boone, K. B., Briere, J., Cummings, J., McPherson, S., Fairbanks, L., & Thompson, E. (2002). "Functional ability in executive variant Alzheimer's disease and typical Alzheimer's disease." *The Clinical Neuropsychologist, 16,* 331-340.

75. Boone, K. B., Miller, B. L., Swartz, R., Lu, P., & Lee, A. (2003). Relationship between positive and negative symptoms and neuropsychological scores in frontotemporal dementia and Alzheimer's disease. *Journal of the International Neuropsychological Society, 9,* 698-709.

76. Feil, D., Razani, J., Boone, K., & Lesser, I. (2003) "Apathy and cognitive performance in older adults with depression." *International Journal of Geriatric Psychiatry, 18,* 479-485.

77. Boone, K., & Lu, P. (2003) "Noncredible cognitive performance in the context of severe brain injury: two verified cases," *The Clinical Neuropsychologist, 17,* 244-254.

78. Nelson, N. W., Boone, K., Dueck, A., Wagener, L., Lu, P., & Grills, C. (2003). "Relationship between eight measures of suspect effort." *The Clinical Neuropsychologist ,* 17, 263-272.

79. Lu, P., Boone, K. B., Cozolino, L., & Mitchell, C. (2003). "Effectiveness of the Rey-Osterrieth Complex Figure Test and the Meyers and Meyers Recognition Trial in the detection of suspect effort." *The Clinical Neuropsychologist, 17,* 426-440.

80.  Itti, E., Gaw Gonzalo, I. T., Boone, K. B., Geschwind, D. H., Berman, N., Pawlikowska-Haddal, A ., Itti, L., Mishkin, F. S., & Swerdloff, R. S. (2003).  "Functional neuroimaging provides evidence of anomalous cerebral laterality in adults with klinefelter syndrome: 99m tc-hmpao assessment and correlation with neurocognitive findings.  *Annals of Neurology, 54,* 669-673.

81.  Rankin, K. P., Kochamba, G. S., Boone, K. B., Petitti, D. B., Buckwalter, J. G. (2003).  "Presurgical cognitive deficits in patients receiving coronary artery bypass graft surgery," *Journal of the International Neuropsychological Society, 9,* 913-924.

82.  Simpson, J. S., del la Cruz, F., Swerdloff, R. S., Samango-Sprouse, C., Skakkebaek, N. E., Graham, J. M. Jr, Hassold, T., Aylstock, M., Meyer-Bahlburg, H. F., Willard, H. F., Hall, J. G., Salameh, W., Boone, K., Staessen, C., Geschwind, D., Giedd, J., Dobs, A. S., Rogol, A., Brinton, B., &  Paulsen, CA. (2003).  "Klinefelter syndrome:  expanding the phenotype and identifying new research directions," *Genet Med, 5,* 460-468.

83.  Waltz, J. A., Knowlton, B. J., Holyoak, K. J., Boone, K. B., Back, C., McPherson, S., Masterman, D., Chow. T., Cummings, J. L., & Miller, B. L. (2004).  "Relationship reasoning and executive abilities in Alzheimer's Disease" *Neuropsychology, 18,* 296-305.

84.  Back-Madruga, C., Boone, K. B., Chang, L., Grob, C. S., Poland, R. E., Lee, A.,& Nations, H. (2004). "Neuropsychological effects of 3/4-Methylenedioxymethamphetamine (MDMA or Ecstasy) in recreational users." *The Clinical Neuropsychologist, 17,* 446-459.

85.  Lu, P., Boone, K. B., Jimenez, N., & Razani, J. (2004).  "Failure to inhibit the reading response on the Stroop Test:  a pathognomonic indicator of suspect effort".  *Journal of Clinical and Experimental Neuropsychology, 26,* 180-189.

86.  Elderkin-Thompson, V., Boone, K. B., Hwang, S., & Kumar, A. (2004).  "Neurocognitive profiles in elderly patients with frontotemporal degeneration or major depressive disorder," *Journal of the International Neuropsychological Society, 10,* 698-707.

87.  Razani, J., Boone, K., Lesser, I., & Weiss, D. (2004).  "The effects of cigarette smoking history on cognitive functioning in healthy, older adults." *American Journal of Geriatric Psychiatry, 12,* 404-411.

88.  Elderkin-Thompson, V., Boone, K. B., Kumar, A., & Mintz, J. (2004).  "Validity of the Boston qualitative scoring system for the Rey-Osterrieth complex figure among depressed elderly patients." *Journal of Clinical and Experimental Neuropsychology, 26,* 598-607.

89.  Elderkin-Thompson, V., Kumar, A., Mintz, J., Boone, K., Bahng, E., & Lavretsky, H. (2004).  Executive dysfunction and visuospatial ability among depressed elders in a community setting." *Archives of Clinical Neuropsychology, 19,* 597-611.

90.  Boone, K. B., Lu, P., & Wen, J. (2005).  "Comparison of various RAVLT scores in the detection of noncredible memory performance," *Archives of Clinical Neuropsychology, 20,* 301-319.

91.  Babikian, T., Boone, K. B., Lu, P., & Arnold, B. (2006).  "Sensitivity and specificity of various Digit Span scores in the detection of suspect effort," *The Clinical Neuropsychologist, 20, 145-159.*

92.  Nitch, S. R., Boone, K. B. (2004).  "Normal personality correlates of chronic pain subgroups," *Journal of Clinical Psychology in Medical Settings, 11,* 203-209.

93.  Arnold, G., Boone, K. B., Lu, P., Dean, A., Wen, J., Nitch, S., & McPherson, S (2005).  "Sensitivity and specificity of Finger Tapping scores for the detection of suspect effort," *The Clinical Neuropsychologist, 19,* 105-120.

94.  Nitch, S., Boone, K. B., Wen, J., Arnold, G., & Warner-Chacon, K. (2006).  "The utility Rey Word Recognition Test in the detection of suspect effort," *The Clinical Neuropsychologist, 20,* 873-887.

95.  Wen, J., & Boone, K. B. (2006).  "Discordance between WMS-III Word Lists subtest and RAVLT scores in older dementia patients:  4 case examples," *Journal of Clinical and Experimental Neuropsychology, 28,* 732-737.

96.  Stone, D. Boone, K.B., Back-Madruga, C., & Lesser, I. (2006).  "Has the rolling uterus finally gathered moss?  Somatization and malingering of cognitive deficit in six cases of 'toxic mold' exposure," *The Clinical Neuropsychologist, 20,* 766-785.

97.  Wen, J., Boone, K. B., & Kim, K. (2006).  "Ecological validity of neuropsychological assessment and perceived employability," *The Clinical Neuropsychologist, 28,* 1423-1434.

98.  Sumanti, M., Boone, K.B., Savodnik, I., & Gorsuch, R. (2006).  "Noncredible psychiatric and cognitive symptoms in a Worker's Compensation 'Stress' claim sample," *The Clinical Neuropsychologist, 20,* 754-765.

99.  Itti, E., Gaw Gonzalo, I. T., Pawlikowska-Haddal, A., Boone, K. B., Mlikotic, A., Itti, L., Mishkin, F. S., & Swerdloff, R. S. (2006).  "The structural brain correlates of cognitive deficits in adults with Klinefelter's syndrome," *J. Clin Endocrinol Metab, 91,* 1423-1427.

100.  Boone, K. B., Wen, J., Razani, J., & Ponton, M. (2007).  "The association between ethnicity and neuropsychological scores in a large patient population." *Archives of Clinical Neuropsychology, 22,* 355-365.

101.  Dean, A. C., Victor, T. L., Boone, K. B., & Arnold, G. (2008). "The relationship of IQ to effort test performance." *The Clinical Neuropsychologist, 22, 705-722.*

102.  Dean, A. C., Boone, K. B., Kim, M. S., Curiel, A. R., Martin, D. J., Victor, T. L., Zeller, A., Lang, Y. K. (2008). "Examination of the impact of ethnicity on the MMPI-2 Fake Bad Scale," *The Clinical Neuropsychologist, 22,* 1054-1060.

103.  Dean, A. C., Victor, T., Boone, K. B., Philpott, L., & Hess, R. (2009).  "Dementia and effort test performance," *The Clinical Neuropsychologist, 23,* 133-152.

104.  Victor, T., Boone, K B., Serpa, G., Beuhler, J., & Ziegler, E. A. (2009).  "Interpreting the meaning of multiple effort test failure," *The Clinical Neuropsychologist,*23, 297-313.

105.  Boone, K. B. (2009).  "Fixed Belief in Cognitive Dysfunction despite Normal Neuropsychological Scores: Neurocognitive hypochondriasis?", *The Clinical Neuropsychologist, 23,* 1016-36.

106.  Boone, K. B. (2009).  "The need for continuous and comprehensive sampling of effort/response bias during neuropsychological examinations," *The Clinical Neuropsychologist, 23,* 729-41.

107.  Heilbronner, R. L. Sweet, J. J., Morgan, J. E., Larrabee, G., Millis, S., and conference participants (including Boone, K.) (2009). "American Academy of Clinical Neuropsychology Consensus Conference Statement on the neuropsychological assessment of effort, response bias, and malingering," *The Clinical Neuropsychologist, 23,* 1093-129.

108.  Bortnik, K., Boone, K., Marion, S., Amano, S., Cottingham, M., Ziegler, E., Victor, T., & Zeller, M.  (2010).  "Examination of various WMS-III Logical Memory scores in the assessment of response bias," *The Clinical Neuropsychologist, 24,* 344-357.

109.  Kim, M. S., Boone, K., Victor, T., Marion, S., Amano, S., Cottingham, M., Ziegler, E., & Zeller, M. (2010).  "The Warrington Recognition Memory Test for Words as a measure of response bias: Total score and response time cutoffs developed on "real world" credible and noncredible subjects," *Archives of Clinical Neuropsychology,*25, 60-70.

110.   Greiffenstein, M. F., Baker, W.J., Tsushima, T., Boone, K., & Fox, D. D. (2010).  "MMPI-2-validity scores in defense versus plaintiff selected examinations:  A repeated measures study of examiner effects."  *The Clinical Neuropsychologist, 24,* 305-314.

111.   Cottingham, M. E., & Boone, K. B. (2010). "Noncredible Language Deficits Following Mild Traumatic Brain Injury", *The Clinical Neuropsychologist, 24,* 1006-1025.

112.   Kim, N., Boone, K., Victor, T., Lu, P., Keatinge, C., & Mitchell, C. (2010).  "Sensitivity and specificity of a Digit Symbol recognition trial in the identification of response bias.  *Archives of Clinical Neuropsychology, 25,* 420-428.

113.   Solomon, R., Boone, K., Miora, D., Skidmore, S., Cottingham, M., Victor, T., Zeigler, E., & Zeller, M.  (2010).  "Use of the WAIS-III Picture Completion subtest as an embedded measure of response bias."  *The Clinical Neuropsychologist, 24,* 1243-1256.

114.   Roberson, C., Boone, K., Goldberg, H., Miora, C., Cottingham, M., Victor, T., Ziegler, E., Zeller, M., & Wright, M. (2012).  "Cross validation of the b Test in a large, known groups sample," *The Clinical Neuropsychologist. The Clinical Neuropsychologist,27,* 495-508.

115.   Bell-Sprinkel, T., Boone, K., Cottingham, M., Miora, D., Victor, T., Ziegler, E., Zeller, M., & Wright, M. (2012).  "Re-examination of the Rey Word Recognition Test," *The Clinical Neuropsychologist, 27,* 516-527.

116.   Reedy, S., Boone, K., Cottingham, M., Glaser, D. F., Lu, P., Victor, T., Ziegler, E., Zeller, M., & Wright, M. (2013). "Cross validation of the Lu et al. (2003) Rey-Osterrieth Complex Figure Test Effort Equation in a large known groups sample," *Archives of Clinical Neuropsychology, 28,* 30-37.

117.   Arentsen, T., Boone, K., Lo, T., Goldberg, H., Cottingham, M., Victor, T., Ziegler, E., & Zeller, M.  (2013).  "Effectiveness of the Comalli Stroop Test as a Measure of Negative Response Bias," *The Clinical Neuropsychologist,* 27,  1060–1076.

118.   Bortnik, K., Boone, K. B., Wen, J., Lu, P., Mitrushina, M., Razani, J., & Maury, T. (2013).  "Survey results regarding use of the Boston Naming Test:  Houston, we have a problem," *Journal of Clinical and Experimental Neuropsychology,35,* 857–866.

119.   Smith, K., Boone, K., Victor, T., Miora, D., Cottingham, M., Ziegler, E., Zeller, M., & Wright, M. (2014).  "Performance of Credible Patients of Very low Intelligence and Noncredible Patients on Cognitive Performance Validity Indicators," *The Clinical Neuropsychologist, 28,* 1048-1070.

120.   Cottingham, M., Victor, T., Boone, K., Ziegler, E., & Zeller, M. (2014).  "Apparent Effect of Type of Compensation-seeking (Disability versus Litigation) on Performance Validity Test Scores May Be Due to Other Factors," *The Clinical Neuropsychologist, 28,* 1030-1047.

121.   Robles, L., Lopez, E., Salazar, X., Boone, K. B., & Glaser, D. (in press).  "Specificity data for the b Test, Dot Counting Test, Rey 15-item plus Recognition, and Rey Word Recognition Test in monolingual Spanish-speakers,"  *Journal of Clinical and Experimental Neuropsychology.*

*122. Chafetz, M.D., Williams, M.A., Ben-Porath, Y.S., Bianchini, K.J., Boone, K.B., Kirkwood, M. W., Larrabee, G. J., & Ord, J. S.  (in press).  "Official Position of the American Academy of Clinical Neuropsychology.  Social Security Administration Policy on Validity Testing: Guidance and Recommendations for Change."  The Clinical Neuropsychologist.*

## ABSTRACTS

1.  Boone, K. B., & Rausch, R.  "Seashore Rhythm Test Performance in Patients with Unilateral Temporal Lobe Damage," Presented at the International Neuropsychological Society Convention, Washington D.C., February, 1987.

2.  Miller, B. L., Lesser, I. M., Goldberg, M. A., Hill, E., Boone, K., & Miller, M. H.  "White Matter Brain Injury and Delusions," American Psychiatric Association, 1987.

3.  Lesser, I. M., Miller, B. L., Goldberg, M. A., Hill, E., Boone, K., & Miller, M. H.  "Late Onset Psychosis and Structural Brain Injury," American Psychiatric Association, 1987.

4.  Miller, B. L., Lesser, I. M., Hill, E., Boone, K., & Mody, C. K.  "Neuroimaging, White Matter Lesions and Late-Life Psychosis," American College of Neuropsychopharmacology, 1987.

5.  Lesser, I. M., Miller, B. L., Boone, K. B., Hill, E., Mody, C., & McIntyre, H.  "Neuroimaging and Late-Life Psychosis," American Psychiatric Association symposium, 1988.

6.  Boone, K. B., D'Elia, L., Miller, B. L., Lesser, I. M., & Hill, E.  "Performance on Frontal Lobe Tests in Healthy Older Individuals," Poster presented at the International Neuropsychological Society Annual Conference, 1989.

7.  Lesser, I., Miller, B., Boone, K., Hill, E., & Mehringer, M.  "Late Life Psychosis and Structural Brain Injury," American Psychiatric Association, 1989.

8.  Miller, B. L., Giombetti, R., Daly, J., Mena, I., Boone, K., & Garrett, K.  "Cerebral blood flow with sleep apnea and Alzheimer disease," American Psychiatric Association, 1989.

9.  Miller, B. L., Cummings, J. L., Boone, K. B., Villanueva-Meyer, J., Mehringer, C. M., Goldberg, M., & Mena, I.  "Frontal lobe degeneration:  neurobehavioral and cerebral blood flow characteristics with SPECT," Neurology (supp 1), 40, 174, 1990.

10.  Miller, B. L., Boone, K. B., Lesser, I. M., Mehringer, C. M., & Hill, E.  "Cognitive deficits with white-matter lesions in healthy elderly," Neurology, 41, 342, 1991.

11.  Lesser, I. M., Miller, B. L., & Boone, K. B.  "White matter lesions and late-life psychosis," American Psychiatric Association, 1991.

12.  Boone, K. B., Miller, B. L., Lesser, I., Hill-Gutierrez, B., Mehringer, M, & Berman, N. "Neuropsychological correlates of white matter lesions in normal elderly:  a threshold effect."  Paper presented at the International Neuropsychological Society Annual Conference, 1992.

13.  Boone, K. B., Ananth, J., Philpott, L., Kaur, A., & Djenderedjian, A.  "Neuropsychological characteristics of nondepressed adults with obsessive-compulsive disorder", Poster presented at the International Neuropsychological Society Annual Conference, 1992.

14.  van Gorp, W. G., Hinkin, C., Marcotte, T., Boone, K., Satz, P., & Weisman, J. "Neuropsychological features of normal aging:  support for a frontal/subcortical model", Poster presented at the Gerontological Society of America, 1992.

15.  Boone, K. B., Lesser, I. M., Miller, B. L., Hill-Gutierrez, E., & D'Elia, L.  "Rey-Osterrieth Complex Figure performance in healthy, older adults", Poster presented at the International Neuropsychological Society Annual Conference, 1993.

16.  Boone, K. B., Lesser, I. M., Miller, B. L., & Mena, I.  "Cognition and rCBF in late-onset depression."  Poster presented at the International Neuropsychological Society Annual Conference, 1993.

17.  Boone, K. B., Ghaffarian, S., Lesser, I. M., Hill-Gutierrez, E., & Berman, N.  "Wisconsin Card Sorting Test performance in healthy, older adults:  relationship to sex, education, age, and IQ." Paper presented at the International Neuropsychological Society Annual Conference, 1993.

18.  Boone, K. B., Lesser, I. M., Miller, B. L., Wohl, M., Lee, A., Berman, N., & Palmer, B. "Cognitive functioning in a geriatric depressed population:  relationship to chronological age."  Paper presented at the International Neuropsychological Society Annual Conference, 1994.

19. Boone, K. B., Lesser, I. M., Miller, B. L., Wohl, M., Lee, A., Berman, N., & Palmer, B. "Cognitive functioning in a geriatric depressed population: relationship of presence and severity of depression to neuropsychological scores." Paper presented at the International Neuropsychological Society Annual Conference, 1994.

20. Boone, K. B., Lesser, I. M., Miller, B. L., Wohl, M., Lee, A., Berman, N., & Palmer, B. "Cognitive functioning in a geriatric depressed population: relationship of gender to neuropsychological scores." Paper presented at the International Neuropsychological Society Annual Conference, 1994.

21. Palmer, B., Boone, K. B., & Allman, L. "Exaggerated cognitive deficits with CNS lesions and premorbid malingering." Paper presented at the International Neuropsychological Society Annual Conference, 1994.

22. Philpott, L., & Boone, K. B. "The effects of cognitive impairment and age on two malingering tests: an investigation of the Rey Memory Test and Rey Dot Counting Test in Alzheimer's patients and normal middle aged/older adults." Paper presented at the International Neuropsychological Society Annual Conference, 1994.

23. Simon, L., Boone, K. B., Boksenbaum, S. I., & Beckman, L. J. "Recognition Memory Test performance in healthy middle-aged and elderly Americans." Paper presented at the 22nd annual meeting of the International Neuropsychological Society Annual Conference, 1994.

24. Back, C., Boone, K. B., Parks, C., & Edwards, C. "The Performance of schizophrenics on cognitive tests of malingering." Paper presented at the American Psychological Association annual convention, 1994.

25. Simon, L. A., Boone, K. B., & Murray, J. "Construct validity of the Recognition Memory Test: a factor analytic investigation." Paper presented at the International Neuropsychological Society Annual Conference, 1995.

26. Weiss, D., Boone, K., Murray, J., & Van Gorp, W. "The neuropsychological sequelae of chronic cigarette smoking in a healthy, older adult population." Paper presented at the International Neuropsychological Society Annual Conference, 1995.

27. Palmer, B., Boone, K., Chang, L., Lee, A., & Black, S. "Cognitive deficits and personality patterns in maternally or paternally inherited myotonic distrophy." Paper presented at the International Neuropsychological Society Annual Conference, 1995.

28. Pachana, N., Boone, K., Miller, B., & Djenderedjian, A. "Case report of frontal lobe functioning in a young woman with Wernicke-Korsakoff's syndrome." Paper presented at the International Neuropsychological Society Annual Conference, 1995.

29. Pachana, N., & Boone, K. "What can a case of WKS tell us about tests of malingering?" Paper presented at the International Neuropsychological Society Annual Conference, 1995.

30. Palmer, B. W., Boone, K.B., Lesser, I.M., & Wohl, M. "Deficient neuropsychological test performance among healthy older adults." Poster presented at the National Academy of Neuropsychology Annual Conference, 1995.

31. Greene, R. A., Boone, K., Lewis, D., Mena, I., Cabus, E., Liu, H. H., & Kletzky, O.A. "Improvements in neuropsychological performance correlate with regionally specific increases in cereral blood flow during estrogen replacement therapy in menopausal women." Paper presented at the Pacific Coast Fertility Society Annual Meeting, 1996.

32. Paul, L. K., Boone, K. B., Miller, B. L., & Mena, I. "Cognitive deficits in right frontotemporal dementia." Paper presented at the International Congress of Neuropsychiatry, 1996.

33.  Warner-Chacon, K., Boone, K., Zvi, J., & Parks, C. "The performance of adults with learning disabilities on four cognitive tests of malingering:  Rey 15-item, Rey Dot Counting, Forced Choice, and Word Recognition."  Poster presented at the National Academy of Neuropsychology Annual Conference, 1997.

34.  Boone, K. B., Miller, B. L., Lee, A., Berman, N., & Paul, L. "Cognitive profiles in right versus left frontotemporal dementia."  Paper presented at the International Neuropsychological Society Annual Conference, 1998.

35.  Lindman, K., Boone, K., Lesser, I., & Miller, B.  "Does estrogen replacement therapy protect cogntiive ability in postmenopausal women?"  Poster presented at the International Neuropsychological Society Annual Conference, 1998.

36.  Paul, L., Boone, K., et al. "Neuropsychological characteristics of Klinefelter's syndrome." Poster presented at the International Neuropsychological Society Annual Conference, 1998.

37.  Boone, K., Lu, P., & Sherman, D. "Validation of a new technique to detect malingering of cognitive symptoms: the b Test."  Poster presented at the International Neuropsychological Society Annual Conference, 1999.

38.  Boone, K., & Lu, P.  "Impact of somatoform symptomatology on credibility of cognitive performance. " Poster presented at the International Neuropsychological Society Annual Conference, 2000.

39.  Chow, T. W., Boone, K., Mishkin, F., Ho, V., Cholfin, J., Geschwind, D. H., & Miller, B.L. Behavioral changes in subtypes of primary progressive aphasia and other frontotemporal dementia," Paper presented at the 10th annual Rotman Research Institute Conference, 2000.

40.  Chow,T., Mendez, M. F., Mishkin, F., Boone, K., & Miller, B. L. "Xenon SPECT in classification of frontotemporal dementia subgroups," Paper presented at the American Academy of Neurology, 2000.

41.  Boone, K. B., et al. "Neuropsychological profiles of adults with Klinefelter syndrome," Poster presented at the National Academy of Neuropsychology Annual Conference, 2000.

42.  Boone, K. B. et al.  "Sensitivity and specificity of the Dot Counting Test," Poster presented at the National Academy of Neuropsychology Annual Conference, 2000.

43.  Lee, A., Boone, K. B., et al.  "The performance of older depressed patients on malingering tests," Poster presented at the National Academy of Neuropsychology Annual Conference, 2000.

44.  Razani, J., Boone, K. B., et al. "Neuropsychological performance of right- and left-frontotemporal dementia compared to Alzheimer's disease." Poster presented at the National Academy of Neuropsychology Annual Conference, 2000.

45.  Turk, A., Boone, K. B., et al. "The mediating effect of processing speed on age related declines in executive abilities."  Poster presented at the International Neuropsychological Society Annual Conference, 2001.

46.  Boone, K. B., Salazar, X. F., Lu, P., Razani, J., & Warner-Chacon, K.  "Effectiveness of the Rey 15-item Memory Test recognition paradigm in the detection of malingering."  Poster presented at the National Academy of Neuropsychology Annual Conference, 2001.

47.  Sherman, D. S., Boone, K., Lu, P., & Razani, J.  "Re-examination of a Rey Auditory Verbal Learning Test/Rey Complex Figure Discriminant Function to detect suspect effort."  Poster presented at the  International Neuropsychological Society Annual Conference, 2003.

48.  Lu, P., Boone, K., & Cozolino, L.  "Sensitivity of the Rey-Osterrieth Complex Figure Test and the Recognition Trial in the Detection of Suspect Effort."  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

30

49.  Lu, P., & Boone, K.  "Suspect Cognitive Symptoms in a 9-year-old Child: Malingering by Proxy?"  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

50.  Salazar, X., Boone, K., Ponton, M., Sherke, J., Schrock, D., Nelson, N., Edwards, C., & Razani, J.  "Validation of the Satz-Mogel Short-Form for the WAIS-III in a Clinical Sample."  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

51.  Sumanti, M., Boone, K. B., Savodnik, I., & Gorsuch, R.  "PAI and Cognitive Effort Tests in a Worker's Compensation 'Stress' Claim Population."  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

52.  Razani, J., Boone, K., Lesser, I., Chang, L., & Ernest, T.  "The effects of Demographic and Health Risk Factors on Neuropsychological Functioning in Normal Older Adults."  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

53.  Huy, M., Boone, K., & Razani, J.  "Comparison study: Neuropsychological performance in Late Life Psychosis Compared to Right and Left Frontal Temporal Dementia and Alzheimer's Disease."  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

54.  Elderkin-Thompson, V., Kuman, A., Mintz, J., Boone, K., Bahng, E., & Lavretsky, H.  "Executive Dysfunction and Visuospatial Ability among Elderly Depressed Patients."  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

55.  Nelson, N., Boone, K., Lu, P., & Dueck, A.  "Establishing correspondence between eight current measures of suspect effort."  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

56.  Grills, C., Boone, K., Lu, P., & Buckwalter, G.  "The Influence of Demographic Factors on Neuropsychological Tests of Suspect Effort."  Poster presented at the International Neuropsychological Society Annual Conference, 2003.

57.  Babikian, T., Boone, K., Lu, P., & Arnold, G.  "Sensitivity and specificity of various digit span scores in the detection of suspect effort."  Poster presented at the International Neuropsychological Society Annual Conference, 2004.

58.  Nelson, E., Boone, K., Paul, L., & Nelson, N.  "Considerations for clinical use of the Stroop Test".  Poster presented at the International Neuropsychological Society Annual Conference, 2004.

58.  Arnold, G., Boone, K., Lu, P., & Dean, A.  "Sensitivity and specificity of the Finger Tapping Test for detecting suspect effort."  Poster presented at the International Neuropsychological Society Annual Conference, 2004.

59.  Arnold, G., Boone, K., et al.  "Prevalence, Fake Bad Scale Scores, and noncredible performance in litigating and non-litigating patients with 1-3/3-1 MMPI-2 code-type".  Poster presented at the International Neuropsychological Society Annual Conference, 2005.

60.  Boone, K., Lu, P., & Wen, J. "Comparison of various RAVLT scores in the detection of noncredible memory performance."  Poster presented at the International Neuropsychological Society Annual Conference, 2005.

61.  Wen, J., Boone, K., Sherman, D., & Long, A.  "Neuropsychological sequelae of mitochondrial neurogastrointestinal encephalomyopathy (MNGIE):  Case report."  Poster presented at the International Neuropsychological Society Annual Conference, 2005.

62.  Wen, J. H., & Boone, K. B.  "Discordance between the WMS-III Word List Subtest and RAVLT scores in older patients:  four case examples."  Poster presented at the American Academy of Clinical Neuropsychology Annual Conference, 2005.

63.  Wen, J. H.,  & Boone, K. B.  "The impact of culture and language on the Boston Naming Test."  Poster presented at the National Academy of Neuropsychology Annual Conference, 2005.

64.  Victor, T.,  & Boone, K. B. "The validity of using effort tests in a mentally retarded population." Poster presented at the National Academy of Neuropsychology Annual Conference, 2005.

65.  Stone, D., Boone, K. B., Back-Madruga, C., & Lesser, I.  "Somatization and malingering of cognitive deficit in six cases of 'toxic mold' exposure."  Poster presented at the International Neuropsychological Society Annual Conference, 2006.

66.  Victor, T. & Boone, K.  "Using multiple measures of effort: Certain test combinations yield the  most accurate results".  Poster presented at the International Neuropsychological Society Annual Conference, 2006.

67.  Dean, A. C., Victor, T. L, Boone, K. B., & Medina, A. M.  "Assessing effort in patients with  learning disability and/or borderline cognitive function:  A case study." Poster presented at the International Neuropsychological Society Annual Conference, 2006.

68.  Lu, P., & Boone, K.  "Cross-validation of Four Measures of Suspect Effort."  Poster presented at the International Neuropsychological Society Annual Conference, 2006.

69.  Victor, T., & Boone, K.  "Somatization and malingering of cognitive deficit in sixteen medicolegal cases of chronic fatigue syndrome."  Poster presented at the American Neuropsychiatric Association Annual meeting, 2006.

70.  Victor, T., & Boone, K. "A case of mental retardation and malingering." Poster presented at the American Neuropsychiatric Association Annual Meeting, 2006.

71.  Victor, T., & Boone, K. "An examination of the relationship between IQ and effort test performance." Poster presented at the American Neuropsychiatric Association Annual Meeting, 2006.

72.   Victor, T., Boone, K., Wen, J., Razani, J. & Ponton, M.  "The association between ethnicity and neuropsychological scores in a large patient population".  Poster presented at the American Academy of Clinical Neuropsychology Annual Conference, 2006.

73.  Victor, T., Boone, K., Salazar, X., Wen, J. & Lu, P.H.  "Use of cognitive effort indicators with ethnic minority and ESL populations".  Poster presented at the 26th Annual National Academy of Neuropsychology Conference, San Antonio, Texas, 2006.

74.  Cottingham, M., Ciovica, A., Boone, K., Victor, T., & Goldberg, H. "The MMPI-2 Restructured Clinical Scales and Their Correlates Among Various Neuropsychological Domains".  Poster pesented at the annual International Neuropsychological Society meeting, 2007.

75.  Ciovica, A., Cottingham, M., Boone, K., & Victor, T. "The MMPI-2 and Neurocognitive Ability: Profile Comparability in Credible Patients vs. Patients Judged to Be Exerting Poor Cognitive Effort." Poster presented at the annual International Neuropsychological Society meeting, 2007.

76.  Victor, T., & Boone, K. "The False Positive Rate for Common Effort Tests in Individuals Diagnosed with Learning Disabilities." Poster presented at the annual International Neuropsychological Society meeting, 2007.

77.  Victor, T., & Boone, K. "Vocabulary minus Digit Span as a Function of Education."  Poster presented at the annual International Neuropsychological Society meeting, 2007.

78.  Smith, J., Boone, K., et al. "Preliminary Examination of the Extended Complex Figure Test's Utility in the Identification of Suspect Effort."  Poster presented at the annual International Neuropsychological Society meeting, 2007.

79.  Khalifeh, A., Mason, K., Victor, T., & Boone, K. B. "Using Digit Span as a measure of effort with an ADHD population."  Poster presented at the annual American Psychological Association meeting, 2007.

32

80.  Zeigler, E., Boone, K., Victor, T., & Zeller, M. "Finger Tapping and Grip Strength in the Detection of Noncredible Performance."  Poster presented at the annual American Academy of Clinical Neuropsychology meeting, 2007.

81.  Victor, T., Dean, A., Boone, K. "Detecting feigned dementia: Survey of the American Academy of Forensic Psychologists (AAFP)."  Poster presented at the annual National Academy of Neuropsychology meeting, 2007.

82.  Victor, T.L., Boone, K.B., & Ziegler, E.A. "Interpreting the meaning of multiple effort test failure:  Examination of free-standing effort tests."  Poster presented at the 36th Annual International Neuropsychological Society Conference, Waikoloa, Hawaii, 2008.

83.  Kim, N., Boone, K., Mitchell, C., Lu, P., and Keatinge, C. "Development of a Digit Symbol recognition trial for the detection of suspect effort."  Poster presented at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, 2008.

84.  Bortnik, K., Boone, K., Ziegler, E., Victor, T., & Zeller, M. „A re-examination of the effectiveness of the WMS-III Logical Memory Rarely Missed Index in noncredible patients."  Poster presented at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, 2008.

85.  Legardy, S., Boone, K., Ziegler, E., Torres, K., & Hess, R. "Examination of the Validated RBS for the MMPI-2 with Symptom Validity Tests in Detection of Feigned Cognitive Performance." Poster presentated at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, 2008.

86.  Curiel, A., Boone, K., Ziegler, E., Victor, T., & Zeller, M.  " An examination of the effectiveness of the Meyers and Volbrecht (2003) motor function formula in assessment of response bias."  Poster presented at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, 2008.

87.  Torres, K., Boone, K. B., Wen, J., Ziegler, E. A., Victor, T., & Zeller, M. "The Finger Tapping and Kaufman Hand Movements Tests in the detection of response bias."  Poster presented at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, 2008.

88.  Ziegler, E. A., Boone, K. B., Victor, T. L., & Zeller, M. "The Specificity of Digit Span Effort Indicators in Patients with Poor Math Abilities."  Poster presented at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, 2008.

89.  Ziegler, E. A., Boone, K. B., Victor, T. L., & Zeller, M.  " The Specificity of the Dot Counting Test in Patients with Poor Math Abilities."  Poster presented at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, 2008.

90.  Ziegler, E. A., & Boone, K. B.  "Reflexive Sympathetic Dystrophy in the context of neuropsychological assessment."  Poster presented at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, 2008.

91.  Khalifeh, A., Boone, K. B., Arnold, G., Ziegler, E. A., Victor, T., & Zeller, M. "The effectiveness of a forced choice post-test in the detection of suboptimal performance in neuropsychological evaluations."  Poster presented at the 6th Annual American Academy of Clinical Neuropsychology conference, Boston, June 2008.

92.  Bortnik, K., Boone, K., Ziegler, E., Victor, T., & Zeller, M. "A Re-Examination of the Effectiveness of the WMS-III Logical Memory Rarely Missed Index in Noncredible Patients: Revision of the RMI."  Poster presented at the 7th Annual American Academy of Clinical Neuropsychology conference, San Diego, June 2009.

93.  Cottingham, M. E., Parish, B., Romero, E., Pazienza, S., Lo., T., Boone, K. B., Ponton, M. O., and Wright, M. J.  "The Boston Naming Test and ethnocultural bias in patients with depressive symptomatology".  Poster presented at the 2010 Annual Meeting of the American Neuropsychiatric Association, Tampa, Florida.

33

94.  Cottingham, M. E., Parish, B., Romero, E., Pazienza, S., Lo., T., Boone, K. B., Ponton, M. O., and Wright, M. J.  "Ethnocultural bias on the Finger Tapping test in a depressive population." Poster presented at the 2010 Annual Meeting of the American Neuropsychiatric Association, Tampa, Florida.

95.  Cottingham, M. E., Parish, B., Romero, E., Pazienza, S., Lo., T., Boone, K. B., Ponton, M. O., and Wright, M. J.  "The Stroop Color-Word Test in a depressive population:  The impact of ethnocultural bias." Poster presented at the 2010 Annual Meeting of the American Neuropsychiatric Association, Tampa, Florida.

96.  Kim, M. K., Boone, K. B., Victor, T., Marion, S. D., Amano, S., Cottingham, M. E., Ziegler, E. A., & Zeller, M. A.  "The Warrington Recognition Memory Test for Words as a measure of response bias: Total score and response time cutoffs developed on "real world" credible and noncredible subjects." Poster presented at the 2010 Annual Meeting of the International Neuropsychological Society, Acapulco, Mexico.

97.  Solomon, R. E., Boone, K. B., Miora, D. L., and Skidmore, S. L. "Use of the Picture Completion Subtest as an Embedded Measure of Effort."  Poster presented at the 2010 Annual Meeting of the American Psychological Association, San Diego, California.

98.  Cottimgham, M.E., Boone, K.B., Goldberg, H. E., Victor, T. L., & Baumgart, M. (2010). "MMPI-2-RF Somatic Scales:  Sensitivity and specificity."  Poster presented at the 2010 Annual Meeting of the American Academy of Clinical Neuropsychology, Chicago.

99.  Lo, T. Y., Cottingham, M. E., Arentsen, T., Goldberg, H. E., & Boone, K. B.  "Stroop Color-Word Test as a symptom validity test for processing speed: Sensitivity and specificity." Poster presented at the 2010 Annual Meeting of the National Academy of Neuropsychology, Vancouver.

100.  Reedy, S., Victor, T., Boone, K., Cottingham, M., Glaser, D. F., Lu, P., Ziegler, E., Zeller, M., & Wright, M. (2013). "Cross validation of the Lu et al. (2003) Rey-Osterrieth Complex Figure Test Effort Equation in a large known groups sample." Poster presented at the 41st annual meeting of the International Neuropsychological Society, February 6-9, 2013, Waikoloa, Hawaii.

101.  Bell-Sprinkel, T., Victor, T., Boone, K., Cottingham, M., Miora, D., Ziegler, E., Zeller, M., & Wright, M.  "Cross-validation of The Rey Word Recognition Symptom Validity Test." Poster presented at the 41st annual meeting of the International Neuropsychological Society, February 6-9,  2013, Waikoloa, Hawaii.

102. Roberson, C., Victor, T.,  Boone, K., Goldberg, H., Miora, C., Cottingham, M., Ziegler, E., Zeller, M., & Wright, M.  "Cross Validation of the b Test in a Large Known Groups Sample." Poster presented at the 41st annual meeting of the International Neuropsychological Society, February 6-9, 2013, Waikoloa, Hawaii.

102.  Curiel, A. R., Victor, T., Boone, K. B., Lu, P., Mitchell, C., Keatinge, C., Ziegler, E., Zeller, M., & Wright, M.   "A Re-examination of the Meyers and Volbrecht (2013) Motor Equation for the Identification of Neurocognitive Symptom Invalidity." Poster presented at the 41st annual meeting of the  International Neuropsychological Society, February 6-9, 2013, Waikoloa, Hawaii.

103.  Sobel, N. K., Boone, K., Ermshar, A., Miora, D., & Cottingham, M. "Bridging the gap between test versions: WAIS-III/IV Matrix Reasoning as an embedded performance validity indicator." Paper presented at the 2013 Annual Conference of the American Psychology-Law Society,  Portland.

104.  Poynter, K., Boone, K., Cottingham, M. E., Ermshar, A., Miora, D., Victor, T., Ziegler, E., & Zeller, M. "A Re-examination of the Rey 15-item plus Recognition Test: There's a baby in that bath water!" Poster presented at the American Academy of Clinical Neuropsychology annual  conference, NYC, June 25-28, 2014.

105.  Hood, E., Boone, K., & Miora, D. "A Comparison of Performance Validity Test Scores in African American and Caucasian neuropsychology patients."  Poster presented at the National Academy of Neuropsychology annual conference, Austin, November 6, 2015.

34