UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN HOWARD, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4811**<br>**c/w 13-6407 and 14-1188** |
| **OFFSHORE LIFTBOATS, LLC, ET AL.** | **SECTION "E" (5)** |

## ORDER AND REASONS

The Court granted K&K's motion to strike any testimony and evidence from being introduced in relation to Dr. Gorman's addendum produced on January 22, 2016 and the SPECT Scan report issued by West Jefferson Medical Center.[1] Plaintiffs have filed a Motion for Reconsideration of that ruling.[2] The motion is **DENIED**.

The Court's ruling on the SPECT Scan report related only reports ordered by Dr. Harch.  Plaintiffs state in their Motion for Reconsideration that the report and films they wish to introduce were done before Raymond Howard ever began treatment with Dr. Harch.  As a result, the Court's ruling does not apply to the report and films the Plaintiffs represent they wish to introduce.

**IT IS SO ORDERED**.

New Orleans, Louisiana, this 23rd day of January, 2016.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 707.
[2] R.Doc. 715.