# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN HOWARD, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4811**<br>**c/w 13-6407 and 14-1188** |
| **OFFSHORE LIFTBOATS, LLC, ET AL.** | **SECTION "E" (5)** |

## ORDER AND REASONS

Before the Court is a motion to strike certain medical reports and limit the trial testimony of Dr. Larry Pollock.[1] The motion was filed by Defendants Offshore Liftboats, LLC ("OLB"), and K&K Offshore (collectively, "Defendants"). The motion is opposed. The Court has considered the motion and the related briefs and is prepared to rule.

The motion to strike is **GRANTED**. Defendants contend that, on January 15, 2016, Dr. Pollock conducted new neuropsychological testing on Calvin Howard, the results of which are included in various medical records that were not sent to Defendants until January 23, 2016.[2] Plaintiffs admit Calvin was administered a new test, the "CNS test." Defendants' receipt of these new medical records a mere two days before trial is prejudicial. As a result, the medical records from Dr. Pollock, which were provided to Defendants on January 23, 2016, are hereby stricken.[3] Furthermore, Dr. Pollock may not testify with respect to his recent January 15, 2016 examination of Calvin or the updated testing he administered to Calvin.

**IT IS SO ORDERED**.

---

[1] R. Doc. 720.
[2] R. Doc. 720-2 at 2.
[3] *See* R. Doc. 720-3.

1

**New Orleans, Louisiana, this 24th day of January, 2016.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**