## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN HOWARD, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4811**<br>**c/w 13-6407 and 14-1188** |
| **OFFSHORE LIFTBOATS, LLC,**<br>**ET AL.** | **SECTION "E" (5)** |

## ORDER

The Plaintiffs have filed a motion for reconsideration of the Court's order regarding deposition designations.[1] Plaintiffs' counsel have brought this situation on themselves. Plaintiffs' counsel should never have deleted deposition designations without conferring with defense counsel. Plaintiffs' motion for reconsideration is **DENIED**. The parties are reminded that they must comply with the Court's Order in Record Document 731.

The Court reminds Plaintiffs' counsel that they must be ready to proceed with witnesses either by deposition or live testimony on **Tuesday, January 26, 2016**, at **9:00 a.m.** Any time during a regular trial day for which Plaintiffs do not have witnesses present and ready to testify will be charged to them.

Accordingly;

**IT IS ORDERED** that Plaintiffs' motion for reconsideration[2] is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for expedited consideration[3] is hereby **DENIED AS MOOT**.

---

[1] R. Doc. 731 (Court's Order); R. Doc. 735 (Motion for Reconsideration).
[2] R. Doc. 735.
[3] R. Doc. 736.

New Orleans, Louisiana, this 24th day of January, 2016.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**