**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CALVIN HOWARD,** | * | **CIVIL ACTION NO. 13-CV-04811** |
| | * | Consolidated with: 13-CV-6407 |
| **Complainant,** | * | Consolidated with: 14-CV-1188 |
| | * | |
| **VS.** | * | |
| | * | **SECTION "E"** |
| **OFFSHORE LIFTBOATS, LLC,** | * | **JUDGE: HON. SUSIE MORGAN** |
| **K & K OFFSHORE, LLC, *et al*** | * | |
| | * | **MAGISTRATE "5"** |
| | * | **MAGISTRATE: MICHAEL NORTH** |
| **Defendants.** | * | |

**VERDICT FORM**

**Question No. 1A:**

**Do you find by a preponderance of the evidence that K&K Offshore, LLC was negligent?**

**(Answer "Yes" or "No.")** Yes

If you answered "Yes" to Question No. 1A, please proceed to Question No. 1B.

**Question No. 1B:**

**Do you find by a preponderance of the evidence that K&K Offshore, LLC's negligence was a substantial factor in bringing about the injuries to Calvin Howard and Raymond Howard?**

**(Answer "Yes" or "No.")** Yes

---

Please proceed to Question No. 2A.

**Question No. 2A:**

**Do you find by a preponderance of the evidence that Offshore Liftboats, LLC was negligent?**

**(Answer "Yes" or "No.")** yes

If you answered "Yes" to Question No. 2A, please proceed to Question No. 2B.

**Question No. 2B:**

**Do you find by a preponderance of the evidence that Offshore Liftboats, LLC's negligence played a part, however slight, in causing the injuries to Calvin Howard and Raymond Howard?**

**(Answer "Yes" or "No.")** yes

---

Please proceed to Question No. 3A.

**Question No. 3A:**

**Do you find by a preponderance of the evidence that Calvin Howard was negligent?**

**(Answer "Yes" or "No.")** no

If you answered "Yes" to Question No. 3A, please proceed to Question No. 3B.

**Question No. 3B:**

**Do you find by a preponderance of the evidence that Calvin Howard's negligence played a part, however slight, in causing his own injuries?**

**(Answer "Yes" or "No.")** ___________

---

Please proceed to Question No. 4A.

**Question No. 4A:**

**Do you find by a preponderance of the evidence that Raymond Howard was negligent?**

**(Answer "Yes" or "No.")** no

If you answered "Yes" to Question No. 4A, please proceed to Question No. 4B.

**Question No. 4B:**

**Do you find by a preponderance of the evidence that Raymond Howard's negligence played a part, however slight, in causing his own injuries?**

**(Answer "Yes" or "No.")** __________

---

Please proceed to Question No. 5A.

**Question No. 5A:**

**Was the L/B JANIE unseaworthy at the time of the May 16, 2013 incident?**

**(Answer "Yes" or "No.")** no

If you answered "Yes," please proceed to Question No. 5B. If you answered "No," please proceed to Question No. 6.

**Question No. 5B:**

**Did an unseaworthy condition, of the L/B JANIE proximately cause the injuries?**

**(Answer "Yes" or "No.")** ________

If you answered "Yes," please proceed to Question No. 5C. If you answered "No," please proceed to Question No. 6.

**Question No. 5C:**

Only answer this question if you answered "Yes" to Question No. 3A.

**Do you find that the negligence of Calvin Howard proximately caused his own injuries?**

**(Answer "Yes" or "No.")** ______

Please proceed to Question No. 5D.

**Question No. 5D:**

Only answer this question if you answered "Yes" to Question No. 4A.

**Do you find that the negligence of Raymond Howard proximately caused his own injuries?**

**(Answer "Yes" or "No.")** ______

---

Please proceed to Question No. 6.

## Question No. 6:

**What percentage of the negligence and/or unseaworthiness that caused the incident do you attribute to each entity or individual listed below?**

Instructions: Assign a percentage of fault only to the entities or individuals with respect to which you answered "Yes" to these questions:

a) K&K Offshore, LLC (both Question Nos. 1A and 1B).

b) Offshore Liftboats, LLC (both Question Nos. 2A and 2B; and/or both Question Nos. 5A and 5B).

c) Calvin Howard (Question Nos. 3A and either 3B or 5C).

d) Raymond Howard (Question Nos. 4A and either 4B or 5D).

For entities or individuals with respect to which you do not assign a percentage of fault applying the instructions above, insert a percentage of fault of zero.

If you assign a percentage of fault greater than zero to any entity or individual, the percentage or percentages you assign must total 100 percent. Any percentage must be expressed in whole numbers.

| | |
|---|---|
| **K&K Offshore, LLC** | 80 % |
| **Offshore Liftboats, LLC** | 20 % |
| **Calvin Howard** | 0 % |
| **Raymond Howard** | 0 % |
| **Total:** | **100%** |

---

If you assigned a percentage of fault of zero to Offshore Liftboats, LLC, please proceed to Question No. 9A. Otherwise, please proceed to Question No. 7.

## Question No. 7:

**What sum of money, if paid now in cash, would fairly and reasonably compensate Calvin Howard for his injuries, if any, that resulted from the incident in question?**

**Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element if you have otherwise, under some other element, awarded a sum of money for the same loss. Do not include interest on any amount of damages you find.**

| | | |
|---|---|---|
| **a)** | **Physical pain and suffering and loss of enjoyment of life in the past** | **$** 275,000 |
| **b)** | **Physical pain and suffering and loss of enjoyment of life in the future** | **$** 175,000 |
| **c)** | **Mental anguish in the past** | **$** 27,500 |
| **d)** | **Mental anguish in the future** | **$** 300,000 |
| **e)** | **Loss of earning capacity, including the value of fringe benefits, in the past** | **$** 234,600 |
| **f)** | **Loss of earning capacity, including the value of fringe benefits in the future** | **$** 2.2 million (2,200,000) |
| **g)** | **Medical expenses in the future** | **$** 50,000 |

---

Please proceed to Question No. 8.

**Question No. 8:**

**What sum of money, if paid now in cash, would fairly and reasonably compensate Raymond Howard for his injuries, if any, that resulted from the incident in question?**

**Consider the elements of damages listed below and none other. Consider each element separately. Do not include damages for one element if you have otherwise, under some other element, awarded a sum of money for the same loss. Do not include interest on any amount of damages you find.**

| | | |
|---|---|---|
| **a)** | **Physical pain and suffering and loss of enjoyment of life in the past** | **$** 150,000 |
| **b)** | **Physical pain and suffering and loss of enjoyment of life in the future** | **$** 25,000 |
| **c)** | **Mental anguish in the past** | **$** 27,500 |
| **d)** | **Mental anguish in the future** | **$** 300,000 |
| **e)** | **Loss of earning capacity, including the value of fringe benefits, in the past** | **$** 290,000 |
| **f)** | **Loss of earning capacity, including the value of fringe benefits in the future** | **$** 15,000 |
| **g)** | **Medical expenses in the future** | **$** 12,500 |

---

Please proceed to Question No. 9A.

**Question No. 9A :**

**Has Calvin Howard reached maximum medical improvement?**

**(Answer "Yes" or "No.")** no

If you answered "No" to Question No. 9A, then answer Question No. 9B. If you answered "Yes" to Question No. 9A, please proceed to Question No. 10A.

**Question No. 9B:**

**On what date will Calvin Howard reach maximum medical improvement?**

April 30, 2017

---

Please proceed to Question No. 10A.

**Question No. 10A:**

**Has Raymond Howard reached maximum medical improvement?**

**(Answer "Yes" or "No.")** NO

If you answered "No" to Question No. 10A, then answer Question No. 10B. If you answered "Yes" to Question No. 10A, please proceed to Question No. 11A.

**Question No. 10B:**

**On what date will Raymond Howard reach maximum medical improvement?**

September 30, 2016

---

Please proceed to Question No. 11A.

**Question No. 11A:**

**Did Offshore Liftboats, LLC willfully and wantonly, that is, with deliberate intent to do so, fail to pay cure to Calvin Howard?**

**(Answer "Yes" or "No.")** no

If you answered "Yes" to Question No. 11A, please answer Question Nos. 11B and 11C.

**Question No. 11B:**

**Do you find Calvin Howard is entitled to attorney's fees in connection with Offshore Liftboats failure to pay cure to Calvin Howard?**

**(Answer "Yes" or "No.")** ________

**Question No. 11C:**

**If you find that Calvin Howard is entitled to punitive damages for Offshore Liftboats, LLC's willful and wanton failure to pay cure to Calvin Howard, please enter the amount of those damages to which he is entitled in the space below.**

$______________________

---

Please proceed to Question No. 12A.

**Question No. 12A**

**Did Offshore Liftboats, LLC willfully and wantonly, that is, with the deliberate intent to do so, fail to pay cure to Raymond Howard?**

**(Answer "Yes" or "No.")** NO

If you answered "Yes" to Question No. 12A, please answer Question Nos. 12B and 12C.

**Question No. 12B:**

**Do you find Raymond Howard is entitled to attorney's fees for Offshore Liftboats, LLC's failure to pay cure to Raymond Howard?**

**(Answer "Yes" or "No.")** ________

**Question No. 12C**

**If you find that Raymond Howard is entitled to punitive damages for Offshore Liftboats, LLC's willful and wanton failure to pay cure to Raymond Howard, please enter the amount of those damages to which he is entitled in the space below.**

$________________________

**PLEASE SIGN AND DATE THIS FORM AND RETURN TO THE COURTROOM.**

February 19, 2016
**Date**

[redacted]
**Signature (Jury Foreperson)**

[redacted]
**Foreperson Name (Printed)**