**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CALVIN HOWARD** | * | **CIVIL ACTION NO: 2:13-CV-04811** |
| | * | **Consolidated with** |
| | * | **CIVIL ACTION NO: 2:13-CV-06407** |
| | * | **Consolidated with** |
| | * | **CIVIL ACTION NO: 2:14-CV-01188** |
| | * | |
| **VERSUS** | * | **SECTION "E"** |
| | * | **JUDGE: HON. SUSIE MORGAN** |
| | * | |
| **OFFSHORE LIFTBOATS, LLC,** | * | **MAGISTRATE "5"** |
| **K&K OFFSHORE, LLC,** | * | **MAGISTRATE: MICHAEL NORTH** |
| **P&M MARINE, LLC,** | * | |
| **GULF COAST MARINE, LLC** | * | |
| **PINNACLE ENG'R. INC.,** | * | |
| **BAY SOUTH, INC., TAMMANY** | * | |
| **OIL & GAS, LLC,** | * | |
| **ABC INSURANCE CO., and** | * | |
| **CERTAIN UNDERWRITERS AT** | * | |
| **LLOYD'S OF LONDON, SYNDICATE** | * | |
| **3000** | * | |
| | * | |

**Applies to All Cases.**
**********************************************************************************

**JUDGMENT**

**THIS MATTER** came on for trial from January 25, 2016 through February 19, 2016. At the conclusion of all of the evidence, the jury entered a verdict finding K&K Offshore, LLC ("K&K") eighty (80%) percent at fault for plaintiffs' injuries and Offshore Liftboats, LLC ("Offshore Liftboats") twenty (20%) percent at fault for plaintiffs' injuries. The plaintiffs, Calvin Howard and Raymond Howard, were found free from fault. The jury also found that

Calvin Howard will reach maximum medical improvement on April 30, 2017 and Raymond Howard will reach maximum medical improvement on September 30, 2016.

Based on the jury's allocation of fault, Offshore Liftboats is entitled to recover from K&K eighty (80%) percent of all past maintenance and cure paid to or on behalf of plaintiffs. Based on the stipulated facts in this matter, Offshore Liftboats is entitled to recover $470,525.81 in past maintenance and cure paid to and on behalf of plaintiffs.

In addition, as neither plaintiff has yet reached maximum medical improvement, Offshore Liftboats is entitled to recover from K&K eighty (80%) percent of all amounts properly paid in maintenance and cure, if any, to either plaintiff from February 19, 2016 until the date identified by the jury verdict as the date by which each plaintiff achieves maximum medical improvement and only to the extent future maintenance and cure is deemed due and owing to either plaintiff pursuant to the applicable law.

Offshore Liftboats is reserved the right to seek costs.

**THIS __23rd__ DAY OF ____March______, 2016, AT NEW ORLEANS, LOUISIANA.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**